IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
DUVAL COUNTY, FLORIDA

CASE NO:

KELLY RANALDI,

     **Plaintiff,**

vs.

**RACETRAC, INC.,**
**A Foreign Limited Partnership,**

     **Defendant,**

_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

The Plaintiff, **KELLY RANALDI**, by and through undersigned counsel, hereby files this Complaint against Defendant, RACETRAC, INC., A Foreign Limited Partnership ("herein after referred to as "RACETRAC, INC.") and alleges:

1. This is an action for damages in excess ($50,001.00) exclusive of costs and attorney's fees, and Plaintiff(s) hereby demand a trial by jury; accordingly, although, to file this complaint, undersigned counsel is being required by order of the Supreme Court of Florida to contemporaneously complete a civil cover sheet with a dollar figure as an estimated amount of claim for data collection and clerical processing purposes only, the full monetary value of the damages suffered by Plaintiff (s) is yet to be determined and will be decided in a verdict by the jury that judges the facts of this action in compliance with Article I, Section 22, Florida Constitution

2. At all times material, Plaintiff, KELLY RANALDI, was a resident of Jacksonville, Duval County, Florida.

3.  At all times material, Defendant, RACETRAC, INC., was a corporation authorized to do business in the State of Florida and, more particularly, Duval County.

4. On or about November 8, 2022, Defendant, RACETRAC, INC., was the owner of or otherwise in legal possession or tenant of a building at 10360 Beach Boulevard, Jacksonville, FL 32246 ("premises") that was open to the public as a convenience/gas station store and members of the public were invited therein.

5.  At that time and place, Plaintiff, KELLY RANALDI, went to the premises for the purpose of using the restroom, said purpose being the Defendant holds itself open to the public.

6. At all times material, the Defendant, being the owner of or otherwise in legal control or tenant of the premises, had a duty to maintain the premises in a reasonably safe condition and/or to warn its invitees, including Plaintiff, of unreasonably dangerous conditions existing on the property.

7.  On or about November 8, 2022, while in the aforesaid Defendant's convenience store, Plaintiff, KELLY RANALDI, slipped on a wet transitory foreign substance that was on the floor causing the Plaintiff, KELLY RANALDI, to slip and fall and cause serious bodily harm.

8.  This Defendant had actual or constructive notice of the existence of this aforesaid transitory foreign substance on the floor of its store and should have taken steps to remedy the condition or warn Plaintiff of its existence. It did neither. The Defendant was on constructive notice of the unreasonably dangerous condition caused by this transitory foreign substance because:

(a)    The dangerous condition was caused, in the exercise of ordinary care, by Defendant, RACETRAC, INC., whom should have taken the proper steps to notify Plaintiff, KELLY RANALDI, and all others similarly situated, of the condition stated herein;

(b)    The condition, to wit, a transitory substance on the floor of this convenience store, occurred with regularity and was therefore foreseeable;

(c)  Defendant, RACETRAC, INC., failed to provide verbal and/or written warning to patrons, including Plaintiff, of the transitory substance on their premises;

(d)  The dangerous condition had existed for a sufficient length of time so that Defendant had constructive knowledge of the dangerous condition.

9.    The Defendant, RACETRAC, INC., breached its aforesaid duties to the Plaintiff, KELLY RANALDI, by creating, failing to maintain, inspect or repair dangerous conditions, and/or allowing this unreasonably dangerous condition to exist on its property and/or by failing to warn Plaintiff of its existence.

10.    As a direct and proximate result of the aforesaid negligence, Plaintiff, KELLY RANALDI, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future. Plaintiff, KELLY RANALDI, has sustained permanent injuries within a reasonable degree of medical probability.

WHEREFORE, Plaintiff, KELLY RANALDI, demands judgment for damages against Defendant, RACETRAC, INC., and a trial by jury of all issues so triable.

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a copy of the foregoing has been furnished to via process server.

**FARAH & FARAH, P.A.**

*/s/. Savannah Cooley*
Savannah Cooley, Esq
Florida Bar No.:  112197
10 West Adams Street
Jacksonville, FL 32202
(904) 730-1798
 (904) 730-1798 (facsimile)
***Attorney for Plaintiff***
*<u>Email Designation:</u>*
Primary: <u>scooley@farahandfarah.com</u>
**Paralegals:**
<u>mgoodbread@farahandfarah.com</u>
jbennett@farahandfarah.com

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT,
IN AND FOR DUVAL COUNTY, FLORIDA
CIVIL DIVISION

KELLY RANALDI,

        Plaintiff,                            CASE NO.: 2023-CA-006310

v.

RACETRAC, INC.,
A Foreign Limited Partnership

        Defendants.

_____/

## **DEFENDANT'S ANSWER, DEFENSES AND AFFIRMATIVE DEFENSES TO THE COMPLAINT**

      COMES NOW, Defendant, RACETRAC, INC., by and through the undersigned counsel and pursuant to the Florida Rules of Civil Procedure, hereby submits this its Answer, Defenses and Affirmative Defenses to the Complaint, stating:

      1.      Admitted.

      2.      Admitted.

      3.      Admitted.

      4.      Admitted.

      5.      Denied that Defendant holds itself open to the public for this purpose, otherwise, admitted.

      6.      Admitted as to Defendant's duty to invitees, denied that Plaintiff was invitee.

      7.      Without knowledge; therefore denied.

      8.      Denied.

            a.      Denied.

            b.      Denied.

      c.     Denied.

      d.     Denied.

9.     Denied.

10.     Denied.

## FIRST AFFIRMATIVE DEFENSE

Defendant states that the Plaintiff was guilty of negligence and the Plaintiff's negligence was the sole, proximate cause or contributing cause of the damages complained of and the recovery, if any, should be barred or reduced proportionately pursuant to the doctrine of comparative negligence. At this time, the Defendant is unaware of the specific acts of the Plaintiff which constitute negligence, but this defense has been pled to avoid a later claim of "waiver." If/when the Defendant learns of additional information related to this defense, the Defendant will provide the same to the Plaintiff so as to avoid any claim of unfair surprise.

## SECOND AFFIRMATIVE DEFENSE

Defendant states that it is entitled to all setoffs and limitations of liability pursuant to the doctrine of comparative fault, including but not limited to the provisions of Florida Statute Section 768.81.

## THIRD AFFIRMATIVE DEFENSE

If there was any negligence that caused or contributed to the Plaintiff's alleged injuries, it was solely the result of negligence on the part of third parties who were not under the care, custody, control or supervision of this Defendant, and therefore, the Plaintiff cannot recover against this Defendant. At this time, the Defendant is unaware of any specific third parties who were negligent, but this defense has been pled so as to avoid a later claim of "waiver." If/when the Defendant

learns of additional information related to this defense, the Defendant will provide the same to the Plaintiff so as to avoid any claim of unfair surprise.

## FOURTH AFFIRMATIVE DEFENSE

The Defendant states that the Plaintiff has failed to mitigate damages as required under Florida law and any such recovery should be proportionately reduced as a result of this failure. Specifically, the Plaintiff has elected to seek medical treatment which was not covered by health insurance plans and was provided at an excessive rate of reimbursement.

## FIFTH AFFIRMATIVE DEFENSE

The Defendant submits that the condition which allegedly caused the Plaintiff to fall was open and obvious and as such it is not liable.

## SIXTH AFFIRMATIVE DEFENSE

The Defendant specifically claims any credit or set-off to which the Defendant may be entitled for any and all payments paid or payable to the Plaintiff for any damages alleged in the Complaint from any collateral source whatsoever.

## SEVENTH AFFIRMATIVE DEFENSE

The Defendant relies upon the rights, remedies and prescriptions of Florida Statute Section 768.0755.

## EIGHTH AFFIRMATIVE DEFENSE

Defendant contends that Plaintiff was not an invitee, but an uninvited licensee on the property.

## JURY TRIAL DEMAND

The Defendant demands a trial by jury of all issues so triable as of right by a jury.

**HALL, BOOTH, SMITH, P.C.**

*(signature)*

**SHYLIE A. BANNON (FBN: 67886)**
sbannon@hallboothsmith.com
bannonfilings@hallboothsmith.com
200 Forsyth St., Suite 400
Jacksonville, Florida 32202
Phone: (904) 236-4929
Fax: (904) 236-4767
*Attorney for RACETRAC, INC.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been filed with this Court electronically and furnished by electronic mail to Savannah Cooley, Esq. via E-portal at Scooley@farahandfarah.com, mgoodbread@farhandfarah.com on July 11, 2023.

**HALL, BOOTH, SMITH, P.C.**

*(signature)*

**SHYLIE A. BANNON (FBN: 67886)**
sbannon@hallboothsmith.com
bannonfilings@hallboothsmith.com
200 Forsyth St., Suite 400
Jacksonville, Florida 32202
Phone: (904) 236-4929
Fax: (904) 236-4767
*Attorney for RACETRAC, INC.*

**Case 16-2023-CA-006310-XXXX-MA**

| Department | Circuit Civil | Division | CV-G |
|---|---|---|---|
| Case Status | OPEN | File Date | 3/22/2023 11:42:18 AM |
| Judge Name | SHARRIT, MICHAEL | Officer | |

### Parties

| Name / DOB / DL / ID # | Party Type<br>Race / Sex | Address |
|---|---|---|
| KELLY RANALDI | PLAINTIFF<br>/ | 10 WEST ADAMS STREET<br>JACKSONVILLE, FL32202 |
| RACETRAC, INC. | DEFENDANT<br>/ | 801 US HIGHWAY 1<br>NORTH PALM BEACH, FL33408 |

### Attorneys

| Attorney | Address | For Parties |
|---|---|---|

### Fees

| Date | Description | Assessed | Paid | Balance |
|---|---|---|---|---|
| 03/28/2023 | SUMMONS($10/ea) 6/17/2017 | $10.00 | $10.00 | $0.00 |
| 03/28/2023 | CIR/GENERALCIVIL 7/1/2019 | $401.00 | $401.00 | $0.00 |

### Dockets

| Line /<br>Document | Count | Effective<br>Entered | Description | Pages | Image |
|---|---|---|---|---|---|
| 1 | -- | 3/22/2023<br>3/28/2023 | OTHER NEGLIGENCE-PREMISES LIABILITY-COMMERCIAL | | |
| 2<br>D2 | -- | 3/22/2023<br>3/28/2023 | COVER SHEET | 1 | **Available**<br>VOR, Ready to view |
| 3<br>D3 | -- | 3/22/2023<br>3/28/2023 | COMPLAINT AND DEMAND FOR JURY TRIAL | 1 | **Available**<br>VOR, Ready to view |
| 4<br>D4 | -- | 3/22/2023<br>3/28/2023 | SUMMONS ISSUED FOR RACETRAC, INC. | 1 | **Available**<br>VOR, Ready to view |
| 5<br>D5 | -- | 3/28/2023<br>3/28/2023 | CASE FEES PAID: $411.00 ON RECEIPT NUMBER 4368020 | 1 | **Available**<br>Public access |
| 6<br>D6 | -- | 3/28/2023<br>3/28/2023 | ORDER SETTING CASE MANAGEMENT PLAN FOR NON-COMPLEX CASES | 1 | **Available**<br>VOR, Ready to view |
| 7<br>D7 | -- | 5/15/2023<br>5/15/2023 | AMENDED ORDER SETTING CASE MANAGEMENT PLAN FOR NON-COMPLEX CASES | 1 | **Available**<br>VOR, Ready to view |
| 8<br>D8 | -- | 6/29/2023<br>6/29/2023 | SUMMONS RETURNED INDICATING SERVICE 06/23/2023 09:24AM CORPORATE, RACETRAC, INC | 1 | **Available**<br>Public access |

| Line / Document | Count | Effective Entered | Description | Pages | Image |
|---|---|---|---|---|---|
| 9 D9 | -- | 7/11/2023 7/13/2023 | ANSWER AND AFFIRMATIVE DEFENSES (DEFENDANT'S) TO COMPLAINT AND DEMAND FOR JURY TRIAL | 1 | **Available**  VOR, Ready to view |

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT,
IN AND FOR DUVAL, CLAY, AND NASSAU COUNTIES FLORIDA

KELLY RANALDI                          CASE NO.: 16-2023-CA-006310-XXXX-MA

Plaintiff(s)                           DIVISION: CV-G (CIRCUIT COURT)

v.

RACETRAC, INC,
Defendant(s).

_____/

## ORDER SETTING CASE MANAGEMENT PLAN FOR NON-COMPLEX CASES

This civil action comes before the Court upon Plaintiff filing a complaint. The Court now establishes a Case Management Plan as set forth below. If a case is declared complex, the parties shall follow the procedures in Florida Rule of Civil Procedure 1.201, rather than this Case Management Plan.

| DEADLINE OR EVENT | AGREED DATE |
|---|---|
| **Deadline for Service of Process** | 120 days |
| **Motions to Dismiss, Motion for More Definite Statement, Motions to Strike and any objections to the pleadings** | Within 60 days of filing the motion/objection or, if such motion/objection was previously filed, within 60 days of the date of the order approving this Case Management Plan, counsel must schedule with the Court's Judicial Assistant a hearing on the motion/objection. Failure to do so will result in the motion/objection being deemed abandoned and denied. Non-movant shall timely submit a proposed order if the motion/objection is deemed abandoned and denied. |
| **Notice for Trial** | Plaintiff must and any party may file a notice that the action is at issue and ready to be set for trial pursuant to Florida Rule of Civil Procedure 1.440 (b) and any party filing a notice for trial shall also submit to the Court a completed Trial Set Memorandum within ten (10) days from the date the case is at issue as defined by Rule 1.440(a). Each civil division's Trial Set Memorandum and any other procedures for setting trials are posted on the Fourth Judicial Circuit's website: jud4.org. |

It is **ORDERED**:

1. **COMPLIANCE WITH THIS CASE MANAGEMENT PLAN:** The parties shall strictly comply with the terms of this Case Management Plan, unless otherwise ordered by the Court. ***Failure to comply with all requirements of this order may result in the imposition of sanctions, including dismissal of the case.***

2. **ADDITIONAL FOURTH CIRCUIT AND DIVISION SPECIFIC GUIDELINES:** All counsel and unrepresented parties shall familiarize themselves and comply with the requirements of the Fourth Judicial Circuit's Administrative Order 2023-05, In Re: Civil Case Management and Resolution in Circuit Court of Non-Complex Cases (Attachment 1), and any division-specific guidelines that may apply.

3. **MODIFICATION OF THIS ORDER:** The parties may not, individually or by agreement, alter or extend the deadlines in this Order, or waive any of the provisions of this Order. The provisions of this Order may be modified only upon motion/stipulation *and* Court order, according to applicable law.

4. **NOTICE FOR TRIAL:** Plaintiff shall and any party may file a notice that the action is at issue and ready to be set for trial pursuant to Florida Rule of Civil Procedure 1.440(b) and submit to the Court a completed Trial Set Memorandum no later than ten (10) days after the date the case is at issue as defined by Florida Rule of Civil Procedure 1.440(a) to schedule the case for trial pursuant to the division's procedures.

5. **DISCOVERY:** All counsel and unrepresented parties shall familiarize themselves with the current edition of the Florida Handbook on Civil Discovery Practice and seek to resolve discovery issues without Court intervention whenever possible.

6. **SERVICE OF THIS ORDER:** Counsel for Plaintiff shall promptly serve and file proof with the Clerk, no more than five (5) business days from the date of this Order, that all unrepresented parties, subsequently named or appearing in this case, have been served copies of this Order. If a party is unrepresented and has not designated an email address for purposes of electronic service, counsel for Plaintiff shall be responsible for serving all future orders of the Court via non-electronic means (U.S. mail, Federal Express or the equivalent) and shall file a Certificate of Service with the Court indicating who was served, the date of service, and the method of service, including any address or email address used, within three (3) business days. If Plaintiff is unrepresented, Counsel for Defendant shall have this same obligation. If all parties are unrepresented, Plaintiff shall provide stamped addressed envelopes to the Court with submission of this and any other proposed Order.

**DONE** at Jacksonville, Duval County, Florida, on 28th of March, 2023.

**CIRCUIT JUDGE**

**If you are a person with a disability who needs any accommodation to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, at least seven (7) days before your scheduled court appearance or immediately upon receiving this notice if the time before the scheduled appearance is less than seven (7) days. If you are hearing or voice impaired, call 711.**
**ADA Coordinator: Debra Marchant, Human Resources Manager, Duval County Courthouse, 501 W. Adams Street, Jacksonville, FL 32202. (904) 255-1695.**

IN THE CIRCUIT COURT OF
THE FOURTH JUDICIAL CIRCUIT, IN
AND FOR DUVAL COUNTY FLORIDA

CASE NO.:

DIVISION: CV-G

Plaintiff(s)

v.

Defendant(s).
_____/

## AMENDED ORDER SETTING CASE MANAGEMENT PLAN
## FOR NON-COMPLEX CASES

This civil action comes before the Court upon Plaintiff filing a complaint. The Court now establishes a Case Management Plan as set forth below. If a case is declared complex, the parties shall follow the procedures in Florida Rule of Civil Procedure 1.201, rather than this Case Management Plan.

| DEADLINE OR EVENT | DATE |
|---|---|
| **Deadline for Service of Process** | 120 days |
| **Motions to Dismiss, Motion for More Definite Statement, Motions to Strike and any objections to the pleadings** | Within 60 days of filing the motion/objection or, if such motion/objection was previously filed, within 60 days of date of entry of this Order approving this Case Management Plan, counsel must schedule with the Court's Judicial Assistant a hearing on the motion/objection. Failure to do so will result in the motion/objection being deemed abandoned and denied. Non-movant shall timely submit a proposed order if the motion/objection is deemed abandoned and denied. |
| **Notice for Trial** | Plaintiff must and any party may file a notice that the action is at issue and ready to be set for trial pursuant to Florida Rule of Civil Procedure 1.440 (b) and any party filing a notice for trial shall also submit to the Court a completed Trial Set Memorandum within ten (10) days from the date the case is at issue as defined by Rule 1.440(a). Each civil division's Trial Set Memorandum and any other procedures for setting trials are posted on the Fourth Judicial Circuit's website: jud4.org. |

It is **ORDERED**:

1. **COMPLIANCE WITH THIS CASE MANAGEMENT PLAN:** The parties shall strictly comply with the terms of this Case Management Plan, unless otherwise ordered by the Court. ***Failure to comply with all requirements of this order may result in the imposition of sanctions, including dismissal of the case.***

2. **ADDITIONAL FOURTH CIRCUIT AND DIVISION SPECIFIC GUIDELINES:** All counsel and unrepresented parties shall familiarize themselves and comply with the requirements of the Fourth Judicial Circuit's Amended Administrative Order 2023-05, In Re: Civil Case Management and Resolution in Circuit Court of Non-Complex Cases (Attachment 1), and any division-specific guidelines that may apply.

3. **MODIFICATION OF THIS ORDER:** The parties may not, individually or by agreement, alter or extend the deadlines in this Order, or waive any of the provisions of this Order. The provisions of this Order may be modified only upon motion/stipulation *and* Court order, according to applicable law.

4. **NOTICE FOR TRIAL:** Plaintiff shall and any party may file a notice that the action is at issue and ready to be set for trial pursuant to Florida Rule of Civil Procedure 1.440(b) and submit to the Court a completed Trial Set Memorandum no later than ten (10) days after the date the case is at issue as defined by Florida Rule of Civil Procedure 1.440(a) to schedule the case for trial pursuant to the division's procedures.

5. **DISCOVERY:** All counsel and unrepresented parties shall familiarize themselves with the current edition of the Florida Handbook on Civil Discovery Practice and seek to resolve discovery issues without Court intervention whenever possible.

6. **SERVICE OF THIS ORDER:** When serving the Complaint on a party, Plaintiff must also serve a copy of this Order Setting Case Management Plan for Non-Complex Cases on that party. Plaintiff shall file a Certificate of Service of this Order within ten (10) days of service.

**DONE** at Jacksonville, Duval County, Florida, on Monday, April 24, 2023.

**CIRCUIT JUDGE, MICHAEL SHARRIT**

**If you are a person with a disability who needs any accommodation to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, at least seven (7) days before your scheduled court appearance or immediately upon receiving this notice if the time before the scheduled appearance is less than seven (7) days. If you are hearing or voice impaired, call 711.**

**ADA Coordinator: Debra Marchant, Human Resources Manager, Duval County Courthouse, 501 W. Adams Street, Jacksonville, FL 32202. (904) 255-1695.**

## IN THE CIRCUIT COURT, FOURTH JUDICIAL CIRCUIT,
## IN AND FOR DUVAL, CLAY, AND NASSAU COUNTIES, FLORIDA

### SECOND AMENDED ADMINISTRATIVE ORDER NO. 2023-05

IN RE:    **CIVIL CASE MANAGEMENT AND RESOLUTION**
**OF NON-COMPLEX CASES FILED IN CIRCUIT COURT**

**WHEREAS**, on April 13, 2021, the Supreme Court of Florida entered Administrative Order No. AOSC20-23, Amendment 12, *In re: Comprehensive COVID-19 Emergency Measures for Florida Trial Courts* to address the backlog of civil cases currently pending and anticipated to be filed in Florida Courts; and

**WHEREAS**, the Supreme Court of Florida has directed all chief judges of all judicial circuits to issue an administrative order that applies to each county within the judicial circuit and that requires the presiding judge for each civil case to actively manage civil cases; and

**WHEREAS**, the Fourth Judicial Circuit has issued multiple administrative orders addressing civil case management in the Circuit, including Second Amended Administrative Order No. 2021-09 for circuit court cases filed on or after April 30, 2021, and Administrative Order No. 2021-21 for circuit court cases filed before April 30, 2021; and

**WHEREAS**, Administrative Order No. AOSC20-23, Amendment 12, requires chief judges to "direct all judges within their circuits to strictly comply with Florida Rule of Judicial Administration 2.545(a), (b), and (e), which respectively require judges to conclude litigation as soon as it is reasonably and justly possible to do so, to take charge of all cases at an early stage and to control the progress of the case thereafter until it is determined, and to apply a firm continuance policy allowing continuances only for good cause shown";

**WHEREAS**, Administrative Order No. AOSC20-23, Amendment 12, further encourages all judges where consistent with public health and safety to "Implement scheduling practices that promote the conduct of as many jury trials as feasible and "[c]ommunicate to the local Bar that lawyers must strictly comply with Florida Rule of General Practice and Judicial Administration 2.545(a), which requires lawyers to conclude litigation as soon as it is reasonably and justly possible to do so, and that the pandemic alone is not a basis for a lawyer's failure to prepare a case for trial or otherwise actively manage a case"; and

**WHEREAS**, the Circuit's civil case management procedures for non-complex cases have been in place for a sufficient time to evaluate their effectiveness and to determine a more streamlined process is necessary; and

Doc # 2023089535, OR BK 20666 Page 1657,
Number Pages: 5
Recorded 05/03/2023 01:40 PM,
JODY PHILLIPS CLERK CIRCUIT COURT DUVAL
COUNTY
RECORDING  $0.00

**WHEREAS**, this Second Amended Administrative Order is created to streamline the civil case management process for all non-complex civil cases in circuit court and supersedes Second Amended Administrative Order No. 2021-09 and Administrative Order No. 2021-21 when a case management plan has not previously been approved; and

**WHEREAS**, Paragraph 1 of the Amended Administrative Order No. 2023-05, is amended to remove the requirement relating to filing a complaint only in Clay County.

**NOW THEREFORE**, by the authority vested in me as the Chief Judge of the Fourth Judicial Circuit and pursuant to the Florida Rules of General Practice and Judicial Administration, it is

**ORDERED**:

1. When a complaint is filed in any civil case, the Clerk of Court's office shall issue an Amended Order Setting Case Management Plan for Non-Complex Cases. (Attachment 1).

2. The plaintiff shall serve the Amended Order Setting Case Management Plan for Non-Complex Cases on all defendants along with the summons and complaint.

3. To have a case declared complex, the parties shall follow the procedures in Florida Rule of Civil Procedure 1.201. *All civil cases shall be designated as non-complex unless one or more parties file a motion to have the case designated as a complex case, and the request is approved by order of the Court.*

4. The Amended Order Setting Case Management Plan for all Non-Complex Cases filed in all non-complex civil cases will specify the deadlines for service of original pleadings. The Order also requires the parties to address deadlines related to motions directed to any pleadings, including motions to dismiss, motions for more definite statement, motions to strike, and any objections to the pleadings.

5. The Amended Order Setting Case Management Plan will direct that the plaintiff must and any party may file a notice that the action is at issue, pursuant to Florida Rule of Civil Procedure 1.440(b), and ready to be set for trial.

6. The Amended Order Setting Case Management Plan for all Non-Complex Cases will further direct the plaintiff to submit to the Court a completed Trial Set Memorandum no later than ten (10) days after the date the case is at issue as defined by Florida Rule of Civil Procedure 1.440(a) to schedule the matter for trial according to the division's procedures.

7. Pursuant to Florida Rule of Civil Procedure 1.440(c), if the Judge finds the action is ready to set for trial, the Judge will schedule a trial date and enter an Amended Order Setting Case for Trial and Pretrial Conference.

8. To avoid confusion and inefficiency in judicial administration, this Second Amended Administrative Order No. 2023-05 does not amend or otherwise change schedules already established in existing Case Management Orders or Trial Set Orders. Those cases will proceed as scheduled as to all deadlines and trial settings. All other civil cases filed after March 1, 2023, require compliance.

9. For cases filed on or after March 1, 2023, pursuant to Administrative Order No. 2023-05, the deadlines as specified in amended Paragraph 6 of the Amended Order Setting Case Management Plan as articulated in this Amended Administrative Order No. 2023-05 are effective *nunc pro tunc* to March 1, 2023.

10. This Second Amended Administrative Order No. 2023-05 shall be recorded by the Clerks of Court, in the Official Records of Clay, Duval, and Nassau Counties in the State of Florida, shall take effect immediately, and shall remain in full force and effect until further order of this Court.

**DONE** in Chambers at Jacksonville, Duval County, Florida, this 3RD day of May 2023.

**MARK H. MAHON**
**CHIEF JUDGE**

Attachment 1: Order Setting Case Management Plan

cc: All Judges in the Fourth Judicial Circuit
All Magistrates in the Fourth Judicial Circuit
The Honorable Steven Whittington, Administrative Judge, Clay County
The Honorable James Daniel, Administrative Judge, Nassau County
The Honorable Jody Phillips, Clerk of Court, Duval County
The Honorable Tara S. Green, Clerk of Court, Clay County
The Honorable John A. Crawford, Clerk of Court, Nassau County
The Honorable Jason R. Teal, General Counsel, City of Jacksonville
Eve Janocko, Fourth Judicial Circuit Trial Court Administrator
Claude T. Colvin, Deputy Trial Court Administrator
Mike Smith, Court Technology Officer
Cecilia F. Birk, Court Counsel
Judicial Staff Attorneys, Fourth Judicial Circuit
Fourth Judicial Circuit Law Library, Duval County
Raymond Reid, Jr., Esq., President, ABOTA Jacksonville Chapter
Christopher Douglas, Senior Business Strategist, Clerk of Court, Duval County
Laura Lentini, Assistant to Court Counsel
Jacksonville Bar Association
Clay County Bar Association
Nassau County Bar Association

ATTACHMENT 1

IN THE CIRCUIT COURT OF
THE FOURTH JUDICIAL CIRCUIT, IN
AND FOR DUVAL COUNTY FLORIDA

CASE NO.:

Plaintiff(s)

DIVISION:

v.

Defendant(s).

_____/

## AMENDED ORDER SETTING CASE MANAGEMENT PLAN
## FOR NON-COMPLEX CASES

This civil action comes before the Court upon Plaintiff filing a complaint. The Court now establishes a Case Management Plan as set forth below. If a case is declared complex, the parties shall follow the procedures in Florida Rule of Civil Procedure 1.201, rather than this Case Management Plan.

| DEADLINE OR EVENT | DATE |
|---|---|
| **Deadline for Service of Process** | 120 days |
| **Motions to Dismiss, Motion for More Definite Statement, Motions to Strike and any objections to the pleadings** | Within 60 days of filing the motion/objection or, if such motion/objection was previously filed, within 60 days of date of entry of this Order approving this Case Management Plan, counsel must schedule with the Court's Judicial Assistant a hearing on the motion/objection. Failure to do so will result in the motion/objection being deemed abandoned and denied. Non-movant shall timely submit a proposed order if the motion/objection is deemed abandoned and denied. |
| **Notice for Trial** | Plaintiff must and any party may file a notice that the action is at issue and ready to be set for trial pursuant to Florida Rule of Civil Procedure 1.440 (b) and any party filing a notice for trial shall also submit to the Court a completed Trial Set Memorandum within ten (10) days from the date the case is at issue as defined by Rule 1.440(a). Each civil division's Trial Set Memorandum and any other procedures for setting trials are posted on the Fourth Judicial Circuit's website: jud4.org. |

It is **ORDERED**:

1. **COMPLIANCE WITH THIS CASE MANAGEMENT PLAN:** The parties shall strictly comply with the terms of this Case Management Plan, unless otherwise ordered by the Court. ***Failure to comply with all requirements of this order may result in the imposition of sanctions, including dismissal of the case.***

2. **ADDITIONAL FOURTH CIRCUIT AND DIVISION SPECIFIC GUIDELINES:** All counsel and unrepresented parties shall familiarize themselves and comply with the requirements of the Fourth Judicial Circuit's Amended Administrative Order 2023-05, In Re: Civil Case Management and Resolution in Circuit Court of Non-Complex Cases (Attachment 1), and any division-specific guidelines that may apply.

3. **MODIFICATION OF THIS ORDER:** The parties may not, individually or by agreement, alter or extend the deadlines in this Order, or waive any of the provisions of this Order. The provisions of this Order may be modified only upon motion/stipulation ***and*** Court order, according to applicable law.

4. **NOTICE FOR TRIAL:** Plaintiff shall and any party may file a notice that the action is at issue and ready to be set for trial pursuant to Florida Rule of Civil Procedure 1.440(b) and submit to the Court a completed Trial Set Memorandum no later than ten (10) days after the date the case is at issue as defined by Florida Rule of Civil Procedure 1.440(a) to schedule the case for trial pursuant to the division's procedures.

5. **DISCOVERY:** All counsel and unrepresented parties shall familiarize themselves with the current edition of the Florida Handbook on Civil Discovery Practice and seek to resolve discovery issues without Court intervention whenever possible.

6. **SERVICE OF THIS ORDER:** When serving the Complaint on a party, Plaintiff must also serve a copy of this Order Setting Case Management Plan for Non-Complex Cases on that party. Plaintiff shall file a Certificate of Service of this Order within ten (10) days of service.

**DONE** at Jacksonville, Duval County, Florida, on _____, 20__.

_____
**CIRCUIT JUDGE**

**If you are a person with a disability who needs any accommodation to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, at least seven (7) days before your scheduled court appearance or immediately upon receiving this notice if the time before the scheduled appearance is less than seven (7) days. If you are hearing or voice impaired, call 711.**

**ADA Coordinator: Debra Marchant, Human Resources Manager, Duval County Courthouse, 501 W. Adams Street, Jacksonville, FL 32202. (904) 255-1695.**

**IN THE CIRCUIT COURT OF THE
FOURTH JUDICIAL CIRCUIT, IN
AND FOR DUVAL COUNTY, FLORIDA**

**CASE NO:**

**KELLY RANALDI**
  **Plaintiff,**

**Vs.**

**RACETRAC, INC.,**
**A Foreign Limited Partnership,**

  **Defendant.**

_____/

**SUMMONS:**

**THE STATE OF FLORIDA:**

To All and Singular the Sheriffs of said State:

**YOU ARE HEREBY COMMANDED** to serve this Summons in this action on Defendant:

**RACETRAC, INC.,
CORPORATE CREATIONS NETWORK, INC., Registered Agent
801 US HIGHWAY 1
NORTH PALM BEACH, FL 33408**

**WITNESS** my hand and the seal of this Court on ___03/28/2023_____.

Jody Phillips

**(SEAL)**  **CLERK OF THE CIRCUIT COURT**

By: _____
As Deputy Clerk

**Persons with disabilities requesting reasonable accommodations to participate in this preceding should contact (352) 374-3639 (voice & TDD) or via Florida Relay Service at (800) 955-8771.**

**<u>IMPORTANT</u>**

A lawsuit has been filed against you. You have twenty (20) calendar days after this Summons is served on you to file a written response to the attached Complaint with the Clerk of this Circuit Court, located at: 501 West Adams Street, Jacksonville, FL 32202. A telephone call will not protect you; your written response, including the above case number given above and the names of the parties, must be filed if you want the Court to hear your case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book.)

If you choose to file a written response yourself, at the same time you file your written response to the Court, you must also mail or take a carbon copy or photocopy of your written response to the "Plaintiff's Attorney" named below.

**FARAH & FARAH, P.A.**
10 W. Adamas St.
Jacksonville, FL 32202
PH/FAX: 904-730-1798

**<u>IMPORTANT</u>**

Usted ha sido demandado legalmente. Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Localizado en: 501 West Adams Street, Jacksonville, FL 32202 Una llamada telefonica no lo protegera; si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas en dicho caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales, si lo desea, puede usted consultar a un abogado immediataments. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparencen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denomminada abajo como "Plaintiff's Attorney". (Demandate o Abogado del Demandante).

**FARAH & FARAH, P.A.**
10 W. Adamas St.
Jacksonville, FL 32202
PH/FAX: 904-730-1798
**<u>IMPORTANT</u>**

Des poursuites juriciaries ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une response ecrite a la plainte ci-

jointe aupres de ce tribunal. Qui se trouve a: 501 West Adams Street, Jacksonville, FL 32202. Un simple coup de telephone est insuffisant pour vous proteger; vous etes oblige do deposer votre response ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le Tribunal entende votre cause. Si vous ne deposez pas votre response ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du Tribunal. Il y a d'autres obligtions juridiques et vous pouvez requerir les services immediate d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de renference d'avocats ou a un bureau d'assistance juridique (figuarant a l'annuaire de telephones).

Si vous choisissez de eposer vous-meme une response recrite il vous faudra egalement, en meme temps que cette formalite, faire parenvir ou expendier une copie au carbone ou one photocopies de votre response ecrite au "Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

**FARAH & FARAH, P.A.**
10 W. Adamas St.
Jacksonville, FL 32202
PH/FAX: 904-730-1798

## RETURN OF SERVICE

| State of Florida | County of Duval | Circuit Court |
|---|---|---|

Case Number: 16-2023-CA-006310-XXXX-MA

Plaintiff:
**KELLY RANALDI**

vs.

Defendant:
**RACETRAC, INC., A Foreign Limited Partnership**



LIN2023027086

For:
Savannah L. Cooley
Farah & Farah, P.A.
10 West Adams Street
Jacksonville, FL 32202

Received by Conran Investigations & Special Process Server on the 20th day of June, 2023 at 10:29 am to be served on **Racetrac, Inc. c/o Corporate Creations Network, Inc., 801 US Highway 1, North Palm Beach, FL 33408**

I, Linda Rudnet, do hereby affirm that on the **23rd day of June, 2023** at **9:24 am, I:**

**CORPORATE** served by delivering a true copy of the **20-Day Summons, Complaint and Demand for Jury Trial, and Amended Order Setting Case Management Plan for Non-Complex Cases** with the date and hour of service endorsed thereon by me, to: **Krystle Parker** as **Employee at R/A Office** for **Racetrac, Inc.**, at the address of: **801 US Highway 1, North Palm Beach, FL 33408**, and informed said person of the contents therein, in compliance with F.S. 48.081

I certify that I am over the age of 18 and have no interest in the above action. I am not a party to the cause nor concerned in the event thereof. Under the penalty of perjury, I declare that I have read the foregoing proof of service, and I attest that the facts stated in it are true.

**Linda Rudnet**
3084

**Conran Investigations & Special Process Server**
**1616 Jork Road**
**Suite 101**
**Jacksonville, FL 32207**
**(904) 396-6500**

Our Job Serial Number: LIN-2023027086
Ref: 221102135

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2r

ACCEPTED: DUVAL COUNTY, JODY PHILLIPS, CLERK, 06/29/2023 09:46:39 AM

Filing # 169355106 E-Filed 03/22/2023 11:42:18 AM

27086

**IN THE CIRCUIT COURT OF THE
FOURTH JUDICIAL CIRCUIT, IN
AND FOR DUVAL COUNTY, FLORIDA**

**CASE NO:**

KELLY RANALDI
    **Plaintiff,**

Vs.

RACETRAC, INC.,
A Foreign Limited Partnership,

        **Defendant.**

_____/

**SUMMONS:**

**THE STATE OF FLORIDA:**

To All and Singular the Sheriffs of said State:

**YOU ARE HEREBY COMMANDED** to serve this Summons in this action on Defendant:

**RACETRAC, INC.,
CORPORATE CREATIONS NETWORK, INC., Registered Agent
801 US HIGHWAY 1
NORTH PALM BEACH, FL 33408**

**WITNESS** my hand and the seal of this Court on ___03/28/2023___.



(SEAL)

Jody Phillips

**CLERK OF THE CIRCUIT COURT**

By: _____
As Deputy Clerk

**Persons with disabilities requesting reasonable accommodations to participate in this
preceding should contact (352) 374-3639 (voice & TDD) or via Florida Relay Service at
(800) 955-8771.**

ACCEPTED: DUVAL COUNTY, JODY PHILLIPS, CLERK, 03/28/2023 09:00:58 AM



# GEORGIA CORPORATIONS DIVISION

GEORGIA SECRETARY OF STATE

## BRAD RAFFENSPERGER

**HOME (/)**

## BUSINESS SEARCH

### BUSINESS INFORMATION

| | | | |
|---|---|---|---|
| Business Name: | **RaceTrac, Inc.** | Control Number: | **J609286** |
| Business Type: | **Domestic Profit Corporation** | Business Status: | **Active/Compliance** |
| Business Purpose: | **NONE** | | |
| Principal Office Address: | **200 GALLERIA PARKWAY SE, SUITE 900, ATLANTA, GA, 30339, USA** | Date of Formation / Registration Date: | **6/24/1986** |
| State of Formation: | **Georgia** | Last Annual Registration Year: | **2023** |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | **Corporate Creations Network Inc.** |
| Physical Address: | **2985 Gordy Parkway, 1st Floor, Marietta, GA, 30066, USA** |
| County: | **Cobb** |

### OFFICER INFORMATION

| Name | Title | Business Address |
|---|---|---|
| JOSEPH H AKERS | Secretary | 200 GALLERIA PARKWAY SE, SUITE 900, ATLANTA, GA, 30339, USA |
| KARLA B. AHLERT | CFO | 200 GALLERIA PARKWAY SE,, SUITE 900, ATLANTA, GA, 30339, USA |
| MAX E MCBRAYER, JR | CEO | 200 GALLERIA PARKWAY SE, SUITE 900, ATLANTA, GA, 30339, USA |

Back        Filing History        Name History

Return to Business Search

# FARAH & FARAH

PROTECTING YOU AND YOUR FAMILY SINCE 1979
www.farahandfarah.com

April 4, 2023

**SENT VIA EMAIL:** pierre_prevost@choosebroadspire.com
Broadspire - Southeast Service Center
1001 Summit Blvd, 9th Floor
Atlanta, GA 30319-6408

Re:   Our Client:        Kelly Ranaldi
      Your Insured:      RaceTrac, Inc.
      Claim No.:         189942898
      Date of Loss:      November 08, 2022
      Our File No.:      221102135

Dear Mr. Prevost:

We are writing this letter to present the facts of this claim on behalf of our client, Kelly Ranaldi, in an attempt to settle this claim amicably without the necessity of litigation. The information we supply herewith is a brief summary of the facts that would be presented at the trial of this matter. **Please allow this letter to remind your client to preserve said video of the incident.**

RaceTrac Inc., being the owner of or otherwise in legal control, 10360 Beach Blvd, Jacksonville, Florida 32246, had a duty to maintain the premises in a reasonably safe condition and/or to warn its invitees, including, Ms. Ranaldi, of unreasonably dangerous conditions existing on the property. On or about November 8, 2022, Ms. Ranaldi slipped on a wet transitory foreign substance that was on the floor resulting in serious bodily harm.

At all times material hereto, your Insured had actual or constructive notice of the existence of this aforesaid transitory foreign substance on the floor of its store and should have taken steps to remedy the condition or warn Ms. Ranaldi of its existence.

Ms. Ranaldi had complaints of left knee pain immediately following this fall and was transported to HCA Memorial Hospital. There is was determined that Ms.Ranaldi suffered from a left distal femur fracture.



10 WEST ADAMS STREET • JACKSONVILLE, FLORIDA 32202 • P 904.396.5555 • F 904.358.2424

On November 11, 2022, Ms. Ranaldi's surgeon, Lisa Blackrick, MD., operated on her left distal femur fracture without intercondylar extension.

After her surgery, Ms. Ranaldi presented to Cora Physical Therapy for physical therapy and follow up care. Ms. Ranaldi was also provided a walker to use and will continue to as needed.

I have attached the records and bills that we are currently in possession:
1. City of Jacksonville Fire Rescue
2. HCA Memorial Hospital
3. Paragon Emergency Services
4. MBB Radiology
5. Cora Physical Therapy
6. EXL Health (Health Insurance Lien).
7. Medicare

**We hereby demand the Policy Limits in settlement of this claim to be tendered by May 4, 2023 by 5:00pm. Should you choose not to tender your policy, Ms. Ranaldi will have no other choice but to file a lawsuit against your Insured, and no longer be willing to accept tendered of policy as full and final settlement.**

Should you have any questions or concerns, please contact my case manager, **Caitlin Heismann**, at **(904) 204-7743**.

Sincerely,
Farah & Farah, P.A.

/s/ *Savannah Cooley*

Savannah Cooley, Esq.
(904) 730-1798

SC/CH

Enclosures as stated
cc:    Kelly Ranaldi



CITY OF JACKSONVILLE FIRE RESCUE DIVISION
PO BOX 1280
OAKS, PA 19456-1280
(844)394-5710
TAX ID: 59-6000344

# Statement

**DATE:**   12/13/2022

PAGE: 1 OF  1

KELLY RANALDI
10770 ANDERS BLVD
APT# 303
JACKSONVILLE, FL 32216

▼**Payment Address**▼

CITY OF JACKSONVILLE FIRE
RESCUE
PO BOX 735870
DALLAS, TX 75373-5870

| Patient Name | Date Of Service | ePCR # | Invoice # | AC ID # |
|---|---|---|---|---|
| RANALDI, KELLY | 11/08/2022 | FR-00150158-2022-11-08 | DJAFL230737 | 156017 |

| Origin Address | Destination Address | |
|---|---|---|
| PICK UP FROM SCENE<br>10360 BEACH BLVD<br>JACKSONVILLE, FL 32246 | MEMORIAL HOSPITAL<br>3625 UNIVERSITY BLVD S<br>JACKSONVILLE, FL 32216 | |

| Payer | Procedure Code - Description | Transaction | Amount |
|---|---|---|---|
| CAREPLUS HEALTH MCR | A0429SH-BLS EMERGENCY | Charges | $550.00 |
| CAREPLUS HEALTH MCR | A0425SH-MILEAGE (4.3 Units) | Charges | $43.00 |
| CAREPLUS HEALTH MCR | | Adjustment | $(185.17) |
| CAREPLUS HEALTH MCR | | Payment | $(407.83) |

| | |
|---|---|
| Total Charges | $593.00 |
| Total Adjustments | $(185.17) |
| Total Payments | $(407.83) |

| | Balance Due | 0.00 |
|---|---|---|

**The balance due is an estimate based on the information provided and is subject to change.**

```
PATIENT NO:          230273207    HCA FL MEMORIAL HOSP    BILLING DATE    PAGE   1    02525
:                                 3625 UNIVERSITY BLVD      11/18/22
:
GUARANTOR NO:                     SOUTH
PATIENT:                          JACKSONVILLE             FL 322164207    ADMITTED     DISCHARGED
RANALDI KELLY ANN                                                         11/08/22     11/15/22


PAY TO ADDRESS:      HCA FL MEMORIAL HOSP
                     P O BOX 406368
                     ATLANTA
                     GA 303846368


BILL TO:
   RANALDI KELLY ANN              INPATIENT                FC=12
   2840 PARR CT E                 ADMIT THRU DISCHARGE CLAIM
   JACKSONVILLE    FL
   32216
```

| DATE OF SERVICE | ATT PHYS | FC | ROOM | AC | SERV CODE | REV CODE | DEPT | ROOM AND CARE DAYS | CHARGE | ROOM CHARGES | NONBILL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/08/22 | 8214 | 12 | 4085A | T | TR | 120 | 0638 | 6 X | 4858.00 | 29148.00 | .00 |
| 11/14/22 | 8214 | 12 | 4085A | P | TR | 110 | 0638 | 1 X | 3000.00 | 3000.00 | .00 |

```
                     TOTAL ROOM AND CARE          32148.00
       TOTAL NON BILLABLE ROOM AND CARE               .00
                     TOTAL BILLED ROOM AND CARE   32148.00
```

| DATE OF SERVICE | BATCH REF | DEPT | F S | PROC | NDC/CPT-4/ HCPCS | QTY | SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|---|---|
| **250-PHARMACY** | | | | | | | | |
| 111122 | 11B896 | 0712 | | 903528 | | 1 | ROCURONIUM 5 ML INJ | 414.00 |
| 111122 | 11B896 | 0712 | | 907787 | J3490 | 1 | LIDOCAINE 2% 100 MG IN | 76.00 |
| 111122 | 11B897 | 0712 | | 907791 | J3490 | 1 | EPHEDRINE 50 MG INJ | 192.00 |
| | | | | | | | SUBTOTAL: | 682.00 |
| **259-DRGS/OTHER** | | | | | | | | |
| 110822 | 08B305 | 0712 | | 904678 | 68084035411 | 1 | OXYCODONE HCL | 32.00 |
| 110922 | 09B505 | 0712 | | 902398 | 904600761 | 1 | ATIVAN 0.5MG TAB | 44.00 |
| 110922 | 09B507 | 0712 | | 900769 | 904677361 | 2 | ACETAMIN TABS | 10.00 |
| 110922 | 09B385 | 0712 | | 900769 | 904677361 | 2 | ACETAMIN TABS | 10.00 |
| 110922 | 09B457 | 0712 | | 900769 | 904677361 | 2 | ACETAMIN TABS | 10.00 |
| 110922 | 09B372 | 0712 | | 900769 | 904677361 | 2 | ACETAMIN TABS | 10.00 |
| 110922 | 10B607 | 0712 | | 900769 | 904677361 | 2 | ACETAMIN TABS | 10.00 |

```
A FOR PROFIT TAX PAYING HOSPITAL LICENSED BY THE STATE
OF FLORIDA  ID#59-3283127
```

```
PATIENT NO:          230273207    HCA FL MEMORIAL HOSP    BILLING DATE    PAGE   2    02525
                                  3625 UNIVERSITY BLVD    11/18/22
GUARANTOR NO:                     SOUTH
PATIENT:                          JACKSONVILLE            FL 322164207    ADMITTED    DISCHARGED
RANALDI KELLY ANN                                                        11/08/22    11/15/22
```

| DATE OF SERVICE | BATCH REF | DEPT | F S | PROC | NDC/CPT-4/ HCPCS | QTY | SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 110922 | 09B541 | 0712 | | 901774 | 60687012911 | 1 | DOCUSATE SOD. 100MG | 5.00 |
| 110922 | 09B541 | 0712 | | 901774 | 60687012911 | 1 | DOCUSATE SOD. 100MG | 5.00 |
| 110922 | 09B455 | 0712 | | 901774 | 60687012911 | 1 | DOCUSATE SOD. 100MG | 5.00 |
| 110922 | 09B455 | 0712 | | 901498 | 60687054411 | 2 | CLONAZEPAM-.5MG TAB | 88.00 |
| 110922 | 09B455 | 0712 | | 901567 | 60687055811 | 1 | CYCLOBENZAPRI 10MG | 85.00 |
| 110922 | 09B372 | 0712 | | 901567 | 60687055811 | 1 | CYCLOBENZAPRI 10MG | 85.00 |
| 110922 | 09B455 | 0712 | | 901963 | 68001041508 | 1 | DULOXETINE 60 MG CAP | 71.00 |
| 110922 | 09B455 | 0712 | | 904678 | 68084035411 | 1 | OXYCODONE HCL | 32.00 |
| 110922 | 09B505 | 0712 | | 904678 | 68084035411 | 2 | OXYCODONE HCL | 64.00 |
| 111022 | 10B722 | 0712 | | 900769 | 904677361 | 2 | ACETAMIN TABS | 10.00 |
| 111022 | 10B613 | 0712 | | 900769 | 904677361 | 2 | ACETAMIN TABS | 10.00 |
| 111022 | 10B671 | 0712 | | 900769 | 904677361 | 2 | ACETAMIN TABS | 10.00 |
| 111022 | 11B815 | 0712 | | 900769 | 904677361 | 2 | ACETAMIN TABS | 10.00 |
| 111022 | 10B671 | 0712 | | 901567 | 43547040010 | 1 | CYCLOBENZAPRI 10MG | 85.00 |
| 111022 | 10B619 | 0712 | | 901774 | 60687012911 | 1 | DOCUSATE SOD. 100MG | 5.00 |
| 111022 | 10B748 | 0712 | | 901774 | 60687012911 | 1 | DOCUSATE SOD. 100MG | 5.00 |
| 111022 | 10B619 | 0712 | | 902649 | 60687048411 | 1 | PREGABALIN 50 MG CAP | 48.00 |
| 111022 | 10B748 | 0712 | | 902649 | 60687048411 | 1 | PREGABALIN 50 MG CAP | 48.00 |
| 111022 | 10B619 | 0712 | | 901498 | 60687054411 | 2 | CLONAZEPAM-.5MG TAB | 88.00 |
| 111022 | 10B748 | 0712 | | 901498 | 60687054411 | 2 | CLONAZEPAM-.5MG TAB | 88.00 |

```
A FOR PROFIT TAX PAYING HOSPITAL LICENSED BY THE STATE
OF FLORIDA  ID#59-3283127
```

```
PATIENT NO:          230273207    HCA FL MEMORIAL HOSP      BILLING DATE    PAGE   3     02525
                                  3625 UNIVERSITY BLVD      11/18/22
GUARANTOR NO:                     SOUTH
PATIENT:                          JACKSONVILLE              FL 322164207    ADMITTED     DISCHARGED
RANALDI KELLY ANN                                                          11/08/22     11/15/22
```

```
DATE OF  BATCH       F        NDC/CPT-4/
SERVICE  REF    DEPT S PROC    HCPCS         QTY SERVICE DESCRIPTION       CHARGES

111022  10B748  0712   901567  60687055811    1 CYCLOBENZAPRI 10MG          85.00
111022  10B619  0712   901963  68001041508    1 DULOXETINE 60 MG CAP        71.00
111022  10B619  0712   904678  68084035411    1 OXYCODONE HCL               32.00
111022  10B722  0712   904678  68084035411    2 OXYCODONE HCL               64.00
111022  10B756  0712   904678  68084035411    2 OXYCODONE HCL               64.00
111022  10B671  0712   904678  68084035411    2 OXYCODONE HCL               64.00
111122  11B941  0712   900769   904677361     2 ACETAMIN TABS               10.00
111122  11B821  0712   900769   904677361     2 ACETAMIN TABS               10.00
111122  11B941  0712   902798  50268063911    1 PANTOPRAZOLE SOD 40MG       17.00
111122  11B980  0712   901774  60687012911    1 DOCUSATE SOD. 100MG          5.00
111122  11B894  0712   901774  60687012911    1 DOCUSATE SOD. 100MG          5.00
111122  11B980  0712   902649  60687048411    1 PREGABALIN 50 MG CAP        48.00
111122  11B894  0712   902649  60687048411    1 PREGABALIN 50 MG CAP        48.00
111122  11B980  0712   901498  60687054411    2 CLONAZEPAM-.5MG TAB         88.00
111122  11B980  0712   901567  60687055811    1 CYCLOBENZAPRI 10MG          85.00
111122  11B894  0712   901963  68001041508    1 DULOXETINE 60 MG CAP        71.00
111122  11B972  0712   904678  68084035411    2 OXYCODONE HCL               64.00
111122  11B821  0712   904678  68084035411    2 OXYCODONE HCL               64.00
111122  11B895  0712   904678  68084035411    2 OXYCODONE HCL               64.00
111222  12B048  0712   902641   904666661     1 NEURONTIN 300MG CAP         29.00
```

A FOR PROFIT TAX PAYING HOSPITAL LICENSED BY THE STATE
OF FLORIDA  ID#59-3283127

```
PATIENT NO:        230273207    HCA FL MEMORIAL HOSP    BILLING DATE    PAGE   4    O2525
                                3625 UNIVERSITY BLVD    11/18/22
GUARANTOR NO:                   SOUTH
PATIENT:                        JACKSONVILLE           FL 322164207    ADMITTED    DISCHARGED
RANALDI KELLY ANN                                                     11/08/22    11/15/22
```

| DATE OF SERVICE | BATCH REF | DEPT | F S | PROC | NDC/CPT-4/ HCPCS | QTY | SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 111222 | 12B085 | 0712 | | 902641 | 904666661 | 1 | NEURONTIN 300MG CAP | 29.00 |
| 111222 | 13B177 | 0712 | | 902641 | 904666661 | 2 | NEURONTIN 300MG CAP | 58.00 |
| 111222 | 12B085 | 0712 | | 900769 | 904677361 | 2 | ACETAMIN TABS | 10.00 |
| 111222 | 12B034 | 0712 | | 900769 | 904677361 | 2 | ACETAMIN TABS | 10.00 |
| 111222 | 12B114 | 0712 | | 900769 | 904677361 | 2 | ACETAMIN TABS | 10.00 |
| 111222 | 13B177 | 0712 | | 900769 | 904677361 | 2 | ACETAMIN TABS | 10.00 |
| 111222 | 12B048 | 0712 | | 902165 | 42858030125 | 1 | HYDROMORPH 2MG TAB | 75.00 |
| 111222 | 12B135 | 0712 | | 902165 | 42858030125 | 2 | HYDROMORPH 2MG TAB | 150.00 |
| 111222 | 12B114 | 0712 | | 902165 | 42858030125 | 2 | HYDROMORPH 2MG TAB | 150.00 |
| 111222 | 12B114 | 0712 | | 902798 | 50268063911 | 1 | PANTOPRAZOLE SOD 40MG | 17.00 |
| 111222 | 12B040 | 0712 | | 900769 | 57896010410 | 2 | ACETAMIN TABS | 10.00 |
| 111222 | 12B048 | 0712 | | 901774 | 60687012911 | 1 | DOCUSATE SOD. 100MG | 5.00 |
| 111222 | 12B135 | 0712 | | 901774 | 60687012911 | 1 | DOCUSATE SOD. 100MG | 5.00 |
| 111222 | 12B084 | 0712 | | 901498 | 60687054411 | 2 | CLONAZEPAM-.5MG TAB | 88.00 |
| 111222 | 12B114 | 0712 | | 901498 | 60687054411 | 2 | CLONAZEPAM-.5MG TAB | 88.00 |
| 111222 | 12B034 | 0712 | | 902495 | 60687055911 | 1 | METHOCAR-500MG TAB | 24.00 |
| 111222 | 12B085 | 0712 | | 902497 | 60687056811 | 2 | METHOCAR-750MG TAB | 148.00 |
| 111222 | 13B177 | 0712 | | 902497 | 60687056811 | 2 | METHOCAR-750MG TAB | 148.00 |
| 111222 | 12B048 | 0712 | | 901963 | 68001041508 | 1 | DULOXETINE 60 MG CAP | 71.00 |
| 111322 | 14B336 | 0712 | | 902294 | 121115400 | 2 | LACTULOSE SYRP | 50.00 |

A FOR PROFIT TAX PAYING HOSPITAL LICENSED BY THE STATE
OF FLORIDA  ID#59-3283127

```
PATIENT NO:           230273207    HCA FL MEMORIAL HOSP    BILLING DATE   PAGE   5   02525
                                   3625 UNIVERSITY BLVD    11/18/22
GUARANTOR NO:                      SOUTH
PATIENT:                           JACKSONVILLE            FL 322164207   ADMITTED    DISCHARGED
RANALDI KELLY ANN                                                        11/08/22    11/15/22
```

```
DATE OF  BATCH       F       NDC/CPT-4/
SERVICE  REF    DEPT S PROC   HCPCS          QTY SERVICE DESCRIPTION        CHARGES

111322 13B220  0712   902641   904666661     2 NEURONTIN 300MG CAP          58.00
111322 13B182  0712   902641   904666661     2 NEURONTIN 300MG CAP          58.00
111322 14B352  0712   902641   904666661     2-NEURONTIN 300MG CAP          58.00-
111322 14B336  0712   902641   904666661     2 NEURONTIN 300MG CAP          58.00
111322 13B249  0712   900769   904677361     2 ACETAMIN TABS                10.00
111322 13B182  0712   900769   904677361     2 ACETAMIN TABS                10.00
111322 14B336  0712   900769   904677361     2 ACETAMIN TABS                10.00
111322 13B189  0712   902798   50268063911   1 PANTOPRAZOLE SOD 40MG        17.00
111322 13B219  0712   900769   57896010410   2 ACETAMIN TABS                10.00
111322 13B189  0712   901498   60687054411   2 CLONAZEPAM-.5MG TAB          88.00
111322 13B220  0712   902497   60687056811   2 METHOCAR-750MG TAB          148.00
111322 13B182  0712   902497   60687056811   2 METHOCAR-750MG TAB          148.00
111322 13B269  0712   903144   60687062211   1 SENNA/DOCUSATE SOD            5.00
111322 13B189  0712   903144   60687062211   1 SENNA/DOCUSATE SOD            5.00
111322 13B189  0712   901963   68001041508   1 DULOXETINE 60 MG CAP         71.00
111322 13B220  0712   904678   68084035411   2 OXYCODONE HCL                64.00
111322 13B249  0712   904678   68084035411   2 OXYCODONE HCL                64.00
111322 13B177  0712   904678   68084035411   2 OXYCODONE HCL                64.00
111322 13B189  0712   904678   68084035411   2 OXYCODONE HCL                64.00
111422 14B475  0712   902641   904666661     2 NEURONTIN 300MG CAP          58.00
```

A FOR PROFIT TAX PAYING HOSPITAL LICENSED BY THE STATE
OF FLORIDA  ID#59-3283127

```
PATIENT NO:        230273207   HCA FL MEMORIAL HOSP   BILLING DATE   PAGE  6   02525
                               3625 UNIVERSITY BLVD   11/18/22
GUARANTOR NO:                  SOUTH
PATIENT:                       JACKSONVILLE           FL 322164207   ADMITTED   DISCHARGED
RANALDI KELLY ANN                                                    11/08/22   11/15/22
```

| DATE OF SERVICE | BATCH REF | DEPT | F S | PROC | NDC/CPT-4/ HCPCS | QTY | SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 111422 | 14B515 | 0712 | | 902641 | 904666661 | 2 | NEURONTIN 300MG CAP | 58.00 |
| 111422 | 14B342 | 0712 | | 902641 | 904666661 | 2 | NEURONTIN 300MG CAP | 58.00 |
| 111422 | 14B477 | 0712 | | 900774 | 904673080 | 1 | ACETAMIN-ES CAP | 4.00 |
| 111422 | 14B420 | 0712 | | 900769 | 904677361 | 2 | ACETAMIN TABS | 10.00 |
| 111422 | 14B342 | 0712 | | 900769 | 904677361 | 2 | ACETAMIN TABS | 10.00 |
| 111422 | 14B475 | 0712 | | 902798 | 50268063911 | 1 | PANTOPRAZOLE SOD 40MG | 17.00 |
| 111422 | 14B419 | 0712 | | 901498 | 60687054411 | 2 | CLONAZEPAM-.5MG TAB | 88.00 |
| 111422 | 14B515 | 0712 | | 901498 | 60687054411 | 2 | CLONAZEPAM-.5MG TAB | 88.00 |
| 111422 | 14B475 | 0712 | | 902497 | 60687056811 | 2 | METHOCAR-750MG TAB | 148.00 |
| 111422 | 14B515 | 0712 | | 902497 | 60687056811 | 2 | METHOCAR-750MG TAB | 148.00 |
| 111422 | 14B342 | 0712 | | 902497 | 60687056811 | 2 | METHOCAR-750MG TAB | 148.00 |
| 111422 | 14B419 | 0712 | | 903144 | 60687062211 | 1 | SENNA/DOCUSATE SOD | 5.00 |
| 111422 | 14B515 | 0712 | | 903144 | 60687062211 | 1 | SENNA/DOCUSATE SOD | 5.00 |
| 111422 | 14B419 | 0712 | | 901963 | 68001041508 | 1 | DULOXETINE 60 MG CAP | 71.00 |
| 111422 | 14B419 | 0712 | | 904678 | 68084035411 | 2 | OXYCODONE HCL | 64.00 |
| 111422 | 14B475 | 0712 | | 904678 | 68084035411 | 2 | OXYCODONE HCL | 64.00 |
| 111422 | 14B477 | 0712 | | 904678 | 68084035411 | 2 | OXYCODONE HCL | 64.00 |
| 111422 | 14B516 | 0712 | | 904678 | 68084035411 | 2 | OXYCODONE HCL | 64.00 |
| 111422 | 14B336 | 0712 | | 904678 | 68084035411 | 2 | OXYCODONE HCL | 64.00 |
| 111522 | 15B665 | 0712 | | 902641 | 904666661 | 2 | NEURONTIN 300MG CAP | 58.00 |

```
A FOR PROFIT TAX PAYING HOSPITAL LICENSED BY THE STATE
OF FLORIDA  ID#59-3283127
```

```
PATIENT NO:           230273207    HCA FL MEMORIAL HOSP      BILLING DATE    PAGE   7    02525
                                   3625 UNIVERSITY BLVD        11/18/22
GUARANTOR NO:                      SOUTH
PATIENT:                           JACKSONVILLE               FL 322164207    ADMITTED      DISCHARGED
RANALDI KELLY ANN                                                             11/08/22      11/15/22
```

```
DATE OF   BATCH      F      NDC/CPT-4/
SERVICE   REF    DEPT S PROC   HCPCS           QTY SERVICE DESCRIPTION      CHARGES

111522  15B586  0712  902641   904666661       2 NEURONTIN 300MG CAP         58.00
111522  15B665  0712  900774   904673080       1 ACETAMIN-ES CAP              4.00
111522  15B586  0712  900774   904673080       1 ACETAMIN-ES CAP              4.00
111522  15B580  0712  900774   904673080       1 ACETAMIN-ES CAP              4.00
111522  15B665  0712  901498   60687054411     2 CLONAZEPAM-.5MG TAB         88.00
111522  15B665  0712  902497   60687056811     2 METHOCAR-750MG TAB         148.00
111522  15B586  0712  902497   60687056811     2 METHOCAR-750MG TAB         148.00
111522  15B663  0712  903144   60687062211     1 SENNA/DOCUSATE SOD           5.00
111522  15B663  0712  901963   68001041508     1 DULOXETINE 60 MG CAP        71.00
111522  15B586  0712  904678   68084035411     2 OXYCODONE HCL               64.00
111522  15B663  0712  904678   68084035411     2 OXYCODONE HCL               64.00
111522  15B710  0712  904678   68084035411     2 OXYCODONE HCL               64.00
111522  15B710  0712  902798   68084081311     1 PANTOPRAZOLE SOD 40MG       17.00
                                                            SUBTOTAL:      6044.00

        272-STERILE SUPPLIES
110922  10B720  0718  424434                   2 SET INFS IV 127IN          202.00
110922  10B720  0718  949581                   1 CATHETER IV 22GA 1IN S     148.00
111122  14B511  0718  424353                   1 DRESSING NADH OIL 3X8I      15.00
111122  14B511  0718  424444                   1 SET IV SECONDARY 30IN       23.00
111122  14B511  0718  455615                   1 CATH IV SFSHLD YLW 20G      47.00
111122  14B511  0718  455835                   1 HEMOSTAT ABS 4X8IN         426.00
```

A FOR PROFIT TAX PAYING HOSPITAL LICENSED BY THE STATE
OF FLORIDA   ID#59-3283127

```
PATIENT NO:        230273207   HCA FL MEMORIAL HOSP    BILLING DATE   PAGE   8    02525
                               3625 UNIVERSITY BLVD    11/18/22
GUARANTOR NO:                  SOUTH
PATIENT:                       JACKSONVILLE            FL 322164207   ADMITTED    DISCHARGED
RANALDI KELLY ANN                                                    11/08/22    11/15/22
```

| DATE OF SERVICE | BATCH REF | DEPT | F S | PROC | NDC/CPT-4/ HCPCS | QTY | SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 111122 | 14B511 | 0718 | | 952289 | | 1 | PENCIL CAUTERY BTN 10F | 120.00 |
| 111122 | 14B511 | 0718 | | 483775 | | 1 | SUTURE SH 3-0 1X27IN | 44.00 |
| 111122 | 14B511 | 0718 | | 483813 | | 1 | SUTURE VIO BRD 2-0 18I | 312.00 |
| 111122 | 14B511 | 0718 | | 486075 | | 1 | SUTURE UND BRD 0 27IN | 38.00 |
| 111322 | 13B247 | 0718 | | 955567 | | 3 | DRSG WND 5LYR 6X6IN | 420.00 |
| 111322 | 14B474 | 0718 | | 424434 | | 1 | SET INFS IV 127IN | 101.00 |
| 111322 | 14B474 | 0718 | | 949582 | | 2 | CATH IV20GA 1IN STAB P | 290.00 |
| 111422 | 14B474 | 0718 | | 957147 | | 4 | DRSG WND 5LYR 4X4IN | 332.00 |
| 111422 | 14B474 | 0718 | | 955567 | | 1 | DRSG WND 5LYR 6X6IN | 140.00 |
| 111522 | 15B709 | 0718 | | 486925 | | 4 | DRESSING ADH 4X6IN | 88.00 |
| 111522 | 16B940 | 0718 | | 955567 | | 3 | DRSG WND 5LYR 6X6IN | 420.00 |
| 111522 | 16B940 | 0718 | | 486925 | | 4 | DRESSING ADH 4X6IN | 88.00 |
| | | | | | | | SUBTOTAL: | 3254.00 |
| | 278-SUPPLY/IMPLANTS | | | | | | | |
| 111122 | 14B511 | 0717 | | 445725 | C1713 | 1 | SCREW LCP 3.5X30 STRDR | 421.00 |
| 111122 | 14B511 | 0717 | | 451211 | C1713 | 1 | PLATE LCP PROXHUM 6H/5 | 5643.00 |
| 111122 | 14B511 | 0717 | | 457693 | C1713 | 2 | SCREW BN 3.5MM 40MM | 166.00 |
| 111122 | 14B511 | 0717 | | 470207 | C1713 | 1 | SCREW BN LCK 3.5X44MM | 424.00 |
| 111122 | 14B511 | 0717 | | 491884 | C1713 | 1 | SCREW LCP T25 5.0X34MM | 529.00 |
| 111122 | 14B511 | 0717 | | 493390 | C1713 | 1 | SCREW CNDRL LCP 5X38MM | 529.00 |
| 111122 | 14B511 | 0717 | | 493393 | C1713 | 1 | PLATE 195X4.5/5MM SCR | 5655.00 |

```
A FOR PROFIT TAX PAYING HOSPITAL LICENSED BY THE STATE
OF FLORIDA  ID#59-3283127
```

```
PATIENT NO:        230273207    HCA FL MEMORIAL HOSP    BILLING DATE   PAGE   9    02525
                                3625 UNIVERSITY BLVD     11/18/22
GUARANTOR NO:                   SOUTH
PATIENT:                        JACKSONVILLE                 FL 322164207    ADMITTED     DISCHARGED
RANALDI KELLY ANN                                                           11/08/22      11/15/22
```

```
DATE OF  BATCH      F       NDC/CPT-4/
SERVICE  REF    DEPT S PROC  HCPCS          QTY SERVICE DESCRIPTION        CHARGES

111122 14B511  0717  494567  C1713           2 SCREW CANN LCK 5X75MM        1432.00
111122 14B511  0717  494568  C1713           2 SCREW CANN LCK 5.0X80        1432.00
111122 14B511  0717  494847  C1713           1 SCREW LCP CNDYL 5X30MM        529.00
111122 14B511  0717  499872  C1713           1 SCREW BN 5MM 3.5MM 85M        846.00
111122 14B511  0717  499877  C1713           1 SCREW BN 5MM 75MM             716.00
                                               SUBTOTAL:                   18322.00

    301-LAB/CHEMISTRY
110822 09B370  0776  419921  80053           1 COMP METABOLIC PANEL        1930.00
110922 09B376  0776  419919  80048           1 BMP TOTAL CALCIUM           1657.00
111122 11B936  0787  423802  82306           1 VITAMIN D3 25-OH              35.00
111122 11B936  0776  420003  84134           1 PREALBUMIN                   178.00
111222 12B110  0776  419919  80048           1 BMP TOTAL CALCIUM           1657.00
111222 12B110  0776  420000  84100           1 PHOSPHORUS BLD               327.00
111222 12B110  0776  419993  83735           1 MAGNESIUM BLD                697.00
111322 13B180  0776  420000  84100           1 PHOSPHORUS BLD               327.00
111322 13B180  0776  419993  83735           1 MAGNESIUM BLD                697.00
111322 13B180  0776  419919  80048           1 BMP TOTAL CALCIUM           1657.00
111422 14B416  0776  419919  80048           1 BMP TOTAL CALCIUM           1657.00
                                               SUBTOTAL:                   10819.00

    302-LAB/IMMUNOLOGY
110922 09B381  0758  417931  86900           1 ABO TYPE                     321.00
110922 09B381  0758  417933  86901           1 RH TYPE                      368.00
```

A FOR PROFIT TAX PAYING HOSPITAL LICENSED BY THE STATE
OF FLORIDA  ID#59-3283127

```
PATIENT NO:          230273207    HCA FL MEMORIAL HOSP    BILLING DATE   PAGE  10    02525
                                  3625 UNIVERSITY BLVD    11/18/22
GUARANTOR NO:                     SOUTH
PATIENT:                          JACKSONVILLE            FL 322164207    ADMITTED    DISCHARGED
RANALDI KELLY ANN                                                        11/08/22    11/15/22
```

| DATE OF SERVICE | BATCH REF | DEPT | F S | PROC | NDC/CPT-4/ HCPCS | QTY | SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 110922 | 09B381 | 0758 | | 417919 | 86850 | 1 | ANTIBODY SCREEN EA | 512.00 |
| 111122 | 11B813 | 0758 | | 417931 | 86900 | 1 | ABO TYPE | 321.00 |
| 111122 | 11B813 | 0758 | | 417933 | 86901 | 1 | RH TYPE | 368.00 |
| 111222 | 12B110 | 0758 | | 417931 | 86900 | 1 | ABO TYPE | 321.00 |
| 111222 | 12B110 | 0758 | | 417933 | 86901 | 1 | RH TYPE | 368.00 |
| 111222 | 12B110 | 0758 | | 417919 | 86850 | 1 | ANTIBODY SCREEN EA | 512.00 |
| | | | | | | | SUBTOTAL: | 3091.00 |

305-LAB/HEMATOLOGY

| DATE OF SERVICE | BATCH REF | DEPT | F S | PROC | NDC/CPT-4/ HCPCS | QTY | SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 110922 | 09B370 | 0776 | | 420030 | 85027 | 1 | CBC AUTOMATED | 630.00 |
| 110922 | 09B376 | 0776 | | 420030 | 85027 | 1 | CBC AUTOMATED | 630.00 |
| 111122 | 11B824 | 0776 | | 420040 | 85610 | 1 | PROTIME | 742.00 |
| 111122 | 11B813 | 0776 | | 420039 | 85520 | 1 | HEPARIN ANTI XA | 1181.00 |
| 111222 | 12B110 | 0776 | | 420030 | 85027 | 1 | CBC AUTOMATED | 630.00 |
| 111322 | 13B180 | 0776 | | 420030 | 85027 | 1 | CBC AUTOMATED | 630.00 |
| 111422 | 14B334 | 0776 | | 420030 | 85027 | 1 | CBC AUTOMATED | 630.00 |
| 111422 | 14B416 | 0776 | | 420030 | 85027 | 1 | CBC AUTOMATED | 630.00 |
| | | | | | | | SUBTOTAL: | 5703.00 |

320-DX XRAY

| DATE OF SERVICE | BATCH REF | DEPT | F S | PROC | NDC/CPT-4/ HCPCS | QTY | SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 110822 | 08B274 | 0728 | | 413789 | 73560LT | 1 | XR KNEE 1 OR 2 V LT | 1295.00 |
| 110922 | 09B458 | 0728 | | 430537 | 73552 | 1 | XR FEMUR MIN 2 VIEWS | 2004.00 |
| 111122 | 11B943 | 0728 | | 430537 | 73552 | 1 | XR FEMUR MIN 2 VIEWS | 2004.00 |
| 111122 | 11B943 | 0728 | | 413888 | 76000 | 1 | XR FLUOROSCOPY 0-60 MI | 1937.00 |

```
A FOR PROFIT TAX PAYING HOSPITAL LICENSED BY THE STATE
OF FLORIDA  ID#59-3283127
```

```
PATIENT NO:        230273207    HCA FL MEMORIAL HOSP    BILLING DATE   PAGE  11    02525
                                3625 UNIVERSITY BLVD     11/18/22
GUARANTOR NO:                   SOUTH
PATIENT:                        JACKSONVILLE            FL 322164207    ADMITTED    DISCHARGED
RANALDI KELLY ANN                                                      11/08/22    11/15/22
```

| DATE OF SERVICE | BATCH REF | F DEPT S | PROC | NDC/CPT-4/ HCPCS | QTY | SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|---|
| | | | | | | SUBTOTAL: | 7240.00 |
| **324-DX X-RAY/CHEST** | | | | | | | |
| 110822 | 08B306 | 0728 | 432551 | 71045 | 1 | CHEST XRAY 1 V | 1169.00 |
| 111222 | 12B049 | 0728 | 432551 | 71045 | 1 | CHEST XRAY 1 V | 1169.00 |
| | | | | | | SUBTOTAL: | 2338.00 |
| **350-CT SCAN** | | | | | | | |
| 110822 | 09B374 | 0726 | 413024 | 73700RT | 1 | CT LOWER EXTRM W/O C R | 10909.00 |
| | | | | | | SUBTOTAL: | 10909.00 |
| **360-OR SERVICES** | | | | | | | |
| 111122 | 14B511 | 0701 | 412769 | | 1 | OR LEVEL 3 FIRST 30 MI | 19640.00 |
| 111122 | 14B511 | 0701 | 412770 | | 7 | OR LEVEL 3 ADDL 15 MIN | 49707.00 |
| | | | | | | SUBTOTAL: | 69347.00 |
| **370-ANESTHESIA** | | | | | | | |
| 111122 | 14B511 | 0722 | 412915 | | 1 | ANESTHESIA FIRST 60 MI | 10690.00 |
| 111122 | 14B511 | 0722 | 412916 | | 3 | ANESTHESIA ADDL 30 MIN | 17985.00 |
| | | | | | | SUBTOTAL: | 28675.00 |
| **390-BLOOD STOR PROC** | | | | | | | |
| 111222 | 12B110 | 0758 | 433328 | 86923 | 1 | ELECTRONIC XMATCH | 506.00 |
| 111222 | 12B110 | 0758 | 417987 | P9016 | 1 | PRBC LR | 510.00 |
| 111222 | 14B334 | 0758 | 433328 | 86923 | 1 | ELECTRONIC XMATCH | 506.00 |
| 111222 | 14B334 | 0758 | 433328 | 86923 | 1 | ELECTRONIC XMATCH | 506.00 |
| 111222 | 14B334 | 0758 | 417987 | P9016 | 1 | PRBC LR | 510.00 |
| 111222 | 14B339 | 0758 | 417987 | P9016 | 1 | PRBC LR | 510.00 |
| | | | | | | SUBTOTAL: | 3048.00 |
| **391-BLOOD ADMIN** | | | | | | | |
| 111222 | 12B110 | 0773 | 418977 | 36430 | 1 | BLOOD TRANSFUSION | 3343.00 |

A FOR PROFIT TAX PAYING HOSPITAL LICENSED BY THE STATE
OF FLORIDA  ID#59-3283127

```
PATIENT NO:          230273207     HCA FL MEMORIAL HOSP      BILLING DATE    PAGE  12      02525
                                   3625 UNIVERSITY BLVD      11/18/22
GUARANTOR NO:                      SOUTH
PATIENT:                           JACKSONVILLE              FL 322164207     ADMITTED     DISCHARGED
RANALDI KELLY ANN                                                            11/08/22     11/15/22
```

```
DATE OF  BATCH      F      NDC/CPT-4/
SERVICE  REF   DEPT S PROC  HCPCS         QTY SERVICE DESCRIPTION      CHARGES

                                              SUBTOTAL:        3343.00
   420-PHYSICAL THERP
111022 10B668  0762  418087  97116GP     1 GAIT TRAINING 15 MIN P      404.00
111422 14B418  0762  418087  97116GP     1 GAIT TRAINING 15 MIN P      404.00
                                              SUBTOTAL:         808.00
   421-PHYS THERP/VISIT
111022 10B668  0762  418092  97530GP     1 THER ACTIV DIR 15 MIN       270.00
111422 14B418  0762  418092  97530GP     3 THER ACTIV DIR 15 MIN       810.00
                                              SUBTOTAL:        1080.00
   424-PHYS THERP/EVAL
111022 10B668  0762  432002  97163GP     1 EVAL PT HIGH COMPLEX        869.00
                                              SUBTOTAL:         869.00
   430-OCCUPATIONAL THERAPY
111022 10B719  0762  421165  97530GO     1 THER ACTIV DIR 15 MIN       270.00
111022 10B719  0762  420290  97535GO     1 SELF/HOME ONE/ONE 15M       270.00
111422 14B473  0762  433629  97535GOCO   2 SELFHOME ONEONE 15M OT      312.00
                                              SUBTOTAL:         852.00
   434-OCCUP THERP/EVAL
111022 10B719  0762  432048  97167GO     1 EVAL OT HIGH COMPLEX        869.00
                                              SUBTOTAL:         869.00
   450-EMERG ROOM
110822 09B380  0780  418663  99285       1 LVL 5 EMER DEPT           11459.00
                                              SUBTOTAL:       11459.00
   636-DRUGS REQUIRING DET CODE
110822 08B310  0716  903764  J7120       1 LACTATED RINGERS 1000       288.00
110822 08B305  0712  903008  Q0169       2 PROMETHAZINE 25 MG PO        40.00
110922 09B541  0716  903700  J7040       1 NS 500 ML                   220.00
```

```
A FOR PROFIT TAX PAYING HOSPITAL LICENSED BY THE STATE
OF FLORIDA  ID#59-3283127
```

```
PATIENT NO:        230273207    HCA FL MEMORIAL HOSP    BILLING DATE    PAGE  13      02525
                   ------       3625 UNIVERSITY BLVD    11/18/22
GUARANTOR NO:                   SOUTH
PATIENT:                        JACKSONVILLE            FL 322164207     ADMITTED    DISCHARGED
RANALDI KELLY ANN                                                       11/08/22    11/15/22
```

| DATE OF SERVICE | BATCH REF | DEPT | F S | PROC | NDC/CPT-4/ HCPCS | QTY | SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 110922 | 09B541 | 0716 | | 903764 | J7120 | 1 | LACTATED RINGERS 1000 | 288.00 |
| 110922 | 09B507 | 0712 | | 903735 | J1885 | 1 | KETOROLAC 15 MG INJ | 201.00 |
| 110922 | 09B385 | 0712 | | 903735 | J1885 | 1 | KETOROLAC 15 MG INJ | 201.00 |
| 110922 | 09B457 | 0712 | | 903735 | J1885 | 1 | KETOROLAC 15 MG INJ | 201.00 |
| 110922 | 09B372 | 0712 | | 903735 | J1885 | 1 | KETOROLAC 15 MG INJ | 201.00 |
| 110922 | 10B607 | 0712 | | 903735 | J1885 | 1 | KETOROLAC 15 MG INJ | 201.00 |
| 110922 | 09B505 | 0712 | | 902392 | J2060 | 1 | LORAZEPAM 2 MG INJ | 356.00 |
| 110922 | 09B541 | 0712 | | 901785 | J1650 | 3 | ENOXAPARIN 30 MG INJ | 123.00 |
| 110922 | 09B455 | 0712 | | 901782 | J1650 | 4 | ENOXAPARIN 40 MG INJ | 173.00 |
| 111022 | 10B619 | 0716 | | 903764 | J7120 | 1 | LACTATED RINGERS 1000 | 288.00 |
| 111022 | 10B613 | 0712 | | 903735 | J1885 | 1 | KETOROLAC 15 MG INJ | 201.00 |
| 111022 | 10B619 | 0712 | | 901785 | J1650 | 3 | ENOXAPARIN 30 MG INJ | 123.00 |
| 111022 | 10B748 | 0712 | | 901785 | J1650 | 3 | ENOXAPARIN 30 MG INJ | 123.00 |
| 111122 | 11B897 | 0712 | | 901375 | J0690 | 4 | CEFAZOLIN 1 G INJ | 1076.00 |
| 111122 | 11B896 | 0712 | | 903478 | J2405 | 4 | ONDANSETRON 4 MG INJ | 100.00 |
| 111122 | 11B897 | 0712 | | 902653 | J2710 | 1 | NEOST METH UP TO 0.5 M | 319.00 |
| 111122 | 11B897 | 0712 | | 907298 | J3490 | 1 | GLYCOPYRROLATE 0.2MG I | 72.00 |
| 111122 | 11B897 | 0712 | | 907298 | J3490 | 3 | GLYCOPYRROLATE 0.2MG I | 216.00 |
| 111122 | 11B896 | 0712 | | 901900 | J3010 | 3 | FENTANYL CIT 0.25 MG I | 362.00 |
| 111122 | 11B896 | 0712 | | 906125 | J2704 | 20 | PROPOFOL 200 MG INJ | 83.00 |

```
A FOR PROFIT TAX PAYING HOSPITAL LICENSED BY THE STATE
OF FLORIDA  ID#59-3283127
```

```
PATIENT NO:        230273207    HCA FL MEMORIAL HOSP     BILLING DATE    PAGE  14    02525
                                3625 UNIVERSITY BLVD      11/18/22
GUARANTOR NO:                   SOUTH
PATIENT:                        JACKSONVILLE                FL 322164207    ADMITTED    DISCHARGED
RANALDI KELLY ANN                                                          11/08/22    11/15/22
```

| DATE OF SERVICE | BATCH REF | DEPT | F S | NDC/CPT-4/ PROC | HCPCS | QTY | SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 111122 | 11B940 | 0712 | | 900632 | J2270 | 1 | MORPHINE SULF 4MG INJ | 130.00 |
| 111122 | 11B940 | 0712 | | 900632 | J2270 | 1 | MORPHINE SULF 4MG INJ | 130.00 |
| 111122 | 11B980 | 0712 | | 901375 | J0690 | 2 | CEFAZOLIN 1 G INJ | 538.00 |
| 111122 | 11B940 | 0712 | | 903478 | J2405 | 4 | ONDANSETRON 4 MG INJ | 100.00 |
| 111122 | 11B980 | 0712 | | 901785 | J1650 | 3 | ENOXAPARIN 30 MG INJ | 123.00 |
| 111122 | 11B894 | 0712 | | 901785 | J1650 | 3 | ENOXAPARIN 30 MG INJ | 123.00 |
| 111222 | 12B048 | 0716 | | 903764 | J7120 | 1 | LACTATED RINGERS 1000 | 288.00 |
| 111222 | 12B034 | 0712 | | 900632 | J2270 | 1 | MORPHINE SULF 4MG INJ | 130.00 |
| 111222 | 12B040 | 0712 | | 900632 | J2270 | 1 | MORPHINE SULF 4MG INJ | 130.00 |
| 111222 | 12B085 | 0712 | | 901375 | J0690 | 2 | CEFAZOLIN 1 G INJ | 538.00 |
| 111222 | 12B040 | 0712 | | 901375 | J0690 | 2 | CEFAZOLIN 1 G INJ | 538.00 |
| 111222 | 12B115 | 0712 | | 901281 | J3475 | 8 | MAG SULFATE 4G INJ | 83.00 |
| 111222 | 12B083 | 0712 | | 903478 | J2405 | 4 | ONDANSETRON 4 MG INJ | 100.00 |
| 111222 | 12B034 | 0712 | | 903478 | J2405 | 4 | ONDANSETRON 4 MG INJ | 100.00 |
| 111222 | 12B114 | 0712 | | 900632 | J2270 | 1 | MORPHINE SULF 4MG INJ | 130.00 |
| 111222 | 12B146 | 0712 | | 901785 | J1650 | 1- | ENOXAPARIN 30 MG INJ | 123.00- |
| 111222 | 12B083 | 0712 | | 901785 | J1650 | 3 | ENOXAPARIN 30 MG INJ | 123.00 |
| 111222 | 12B141 | 0712 | | 901785 | J1650 | 1 | ENOXAPARIN 30 MG INJ | 123.00 |
| 111222 | 12B135 | 0712 | | 901785 | J1650 | 3 | ENOXAPARIN 30 MG INJ | 123.00 |
| 111322 | 13B269 | 0712 | | 900632 | J2270 | 1 | MORPHINE SULF 4MG INJ | 130.00 |

A FOR PROFIT TAX PAYING HOSPITAL LICENSED BY THE STATE
OF FLORIDA  ID#59-3283127

```
PATIENT NO:        230273207    HCA FL MEMORIAL HOSP      BILLING DATE   PAGE  15    02525
                                3625 UNIVERSITY BLVD      11/18/22
GUARANTOR NO:                   SOUTH
PATIENT:                        JACKSONVILLE              FL 322164207   ADMITTED    DISCHARGED
RANALDI KELLY ANN                                                        11/08/22    11/15/22
```

| DATE OF SERVICE | BATCH REF | DEPT | F S | PROC | NDC/CPT-4/ HCPCS | QTY | SERVICE DESCRIPTION | CHARGES |
|---|---|---|---|---|---|---|---|---|
| 111322 | 14B336 | 0712 | | 901291 | P9045 | 2 | ALBUMIN INF 5% 500 ML | 270.00 |
| 111322 | 13B219 | 0712 | | 900632 | J2270 | 1 | MORPHINE SULF 4MG INJ | 130.00 |
| 111322 | 13B269 | 0712 | | 901785 | J1650 | 3 | ENOXAPARIN 30 MG INJ | 123.00 |
| 111322 | 13B189 | 0712 | | 901785 | J1650 | 3 | ENOXAPARIN 30 MG INJ | 123.00 |
| 111422 | 14B419 | 0712 | | 901785 | J1650 | 3 | ENOXAPARIN 30 MG INJ | 123.00 |
| 111422 | 14B515 | 0712 | | 901785 | J1650 | 3 | ENOXAPARIN 30 MG INJ | 123.00 |
| 111522 | 15B663 | 0712 | | 901785 | J1650 | 3 | ENOXAPARIN 30 MG INJ | 123.00 |
| | | | | | | | SUBTOTAL: | 10028.00 |

```
   710-RECOVERY ROOM
111122 14B511 0786    418814            1 PACU FIRST 60 MIN        6812.00
111122 14B511 0786    418815            1 PACU ADDL 30 MIN         2819.00
                                                 SUBTOTAL:        9631.00

   730-EKG/ECG
110922 09B383 0744    417392   93005    1 EKG TRACING ONLY        1020.00
                                                 SUBTOTAL:        1020.00

   921-PERIPHERAL VASCULAR LAB
111222 12B086 0729    414143   93970    1 DUP VEIN BIL            7840.00
                                                 SUBTOTAL:        7840.00


                             TOTAL ANCILLARY CHARGES       217271.00


                               TOTAL CHARGES     249419.00
                                   PAYMENTS           .00
                                ADJUSTMENTS           .00
                                    BALANCE     249419.00
```

A FOR PROFIT TAX PAYING HOSPITAL LICENSED BY THE STATE
OF FLORIDA  ID#59-3283127

```
PATIENT NO:        230273207    HCA FL MEMORIAL HOSP    BILLING DATE    PAGE  16    02525
                                3625 UNIVERSITY BLVD    11/18/22
GUARANTOR NO:                   SOUTH
PATIENT:                        JACKSONVILLE            FL 322164207    ADMITTED      DISCHARGED
RANALDI KELLY ANN                                                      11/08/22      11/15/22
```

## DEPARTMENTAL CHARGE SUMMARY

| DEPT | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 0638 | PCU | 32,148.00 |
| 0701 | OR | 69,347.00 |
| 0712 | PHARMACY | 15,382.00 |
| 0716 | IV THERAPY | 1,372.00 |
| 0717 | SURGICAL IMPLANTS | 18,322.00 |
| 0718 | MEDICAL SUPPLIES | 3,254.00 |
| 0722 | ANESTHESIA UNIT | 28,675.00 |
| 0726 | CAT SCAN UNIT | 10,909.00 |
| 0728 | RADIOLOGY - DIAGNOSTIC | 9,578.00 |
| 0729 | ULTRASONIC UNIT | 7,840.00 |
| 0744 | EKG | 1,020.00 |
| 0758 | BLOOD BANK | 6,139.00 |
| 0762 | PHYS THERAPY | 4,478.00 |
| 0773 | OUTPAT - SHORT STAY UNIT | 3,343.00 |
| 0776 | LABORATORY - OTHER | 16,487.00 |
| 0780 | ED | 11,459.00 |
| 0786 | RECVR AMB | 9,631.00 |
| 0787 | LAB IRL | 35.00 |

## REVENUE CHARGE SUMMARY

| REV CD | DESCRIPTION | BILLABLE | NON-BILLABLE | TOTAL |
|--------|-------------|----------|--------------|-------|
| 0110 | RM/BOARD PRIVATE | 32,148.00 | .00 | 3,000.00 |
| 0120 | ROOM-BOARD/SEMI | 29,148.00 | .00 | 29,148.00 |
| 0250 | PHARMACY | 682.00 | .00 | 682.00 |
| 0259 | DRGS/OTHER | 6,044.00 | .00 | 6,044.00 |
| 0272 | STERILE SUPPLIES | 3,254.00 | .00 | 3,254.00 |
| 0278 | SUPPLY/IMPLANTS | 18,322.00 | .00 | 18,322.00 |
| 0301 | LAB/CHEMISTRY | 10,819.00 | .00 | 10,819.00 |
| 0302 | LAB/IMMUNOLOGY | 3,091.00 | .00 | 3,091.00 |
| 0305 | LAB/HEMATOLOGY | 5,703.00 | .00 | 5,703.00 |
| 0320 | DX XRAY | 7,240.00 | .00 | 7,240.00 |
| 0324 | DX X-RAY/CHEST | 2,338.00 | .00 | 2,338.00 |

```
PATIENT NO:          230273207    HCA FL MEMORIAL HOSP    BILLING DATE    PAGE  17    02525
                                  3625 UNIVERSITY BLVD    11/18/22
GUARANTOR NO:                     SOUTH
PATIENT:                          JACKSONVILLE            FL 322164207    ADMITTED    DISCHARGED
RANALDI KELLY ANN                                                        11/08/22    11/15/22
```

| Code | Description | Charges | | Total |
|------|-------------|--------:|---|------:|
| 0350 | CT SCAN | 10,909.00 | .00 | 10,909.00 |
| 0360 | OR SERVICES | 69,347.00 | .00 | 69,347.00 |
| 0370 | ANESTHESIA | 28,675.00 | .00 | 28,675.00 |
| 0390 | BLOOD STOR PROC | 3,048.00 | .00 | 3,048.00 |
| 0391 | BLOOD ADMIN | 3,343.00 | .00 | 3,343.00 |
| 0420 | PHYSICAL THERP | 808.00 | .00 | 808.00 |
| 0421 | PHYS THERP/VISIT | 1,080.00 | .00 | 1,080.00 |
| 0424 | PHYS THERP/EVAL | 869.00 | .00 | 869.00 |
| 0430 | OCCUPATIONAL THERAPY | 852.00 | .00 | 852.00 |
| 0434 | OCCUP THERP/EVAL | 869.00 | .00 | 869.00 |
| 0450 | EMERG ROOM | 11,459.00 | .00 | 11,459.00 |
| 0636 | DRUGS REQUIRING DET CODE | 10,028.00 | .00 | 10,028.00 |
| 0710 | RECOVERY ROOM | 9,631.00 | .00 | 9,631.00 |
| 0730 | EKG/ECG | 1,020.00 | .00 | 1,020.00 |
| 0921 | PERIPHERAL VASCULAR LAB | 7,840.00 | .00 | 7,840.00 |

```
        TOTAL CHARGES:    249,419.00
        TOTAL PAYMENTS:         .00
         TOTAL ADJUST:         .00
```

PO BOX 635774
CINCINNATI,OH 45263-5774

**PATIENT STATEMENT** P

| ACCOUNT NUMBER | STATEMENT DATE |
|---|---|
| 62635352/37 | 02/06/23 |

62635352-37-3705

**FOR PROPER POSTING
PLEASE WRITE IN CHECK
NUMBER AND AMOUNT PAID** ➡

| CHECK NUMBER | PAYMENT AMOUNT |
|---|---|
| | |

**PLEASE WRITE YOUR ACCOUNT NAME ON YOUR CHECK
MAKE PAYABLE IN U.S. DOLLARS TO:**

KELLY ANN RANALDI
2840 PARR CT E
JACKSONVILLE FL 32216

PARAGON EMERGENCY SERVICES LLC
PO BOX 635774
CINCINNATI,OH 45263-5774

**PATIENT NAME:** KELLY ANN RANALDI

**TO PAY BY CREDIT CARD COMPLETE
AND SIGN THE OTHER SIDE OF THIS STATEMENT**

**PHYSICIAN SERVICES RENDERED AT:** MEMORIAL HOSPITAL OF JACKSONVILLE

PAYMENTS AND INSURANCE INFORMATION MAILED SEVEN DAYS
PRIOR TO THE ABOVE STATEMENT DATE MAY NOT YET APPEAR

**TAXPAYER ID:** 81-0584939

**BILLING INQUERIES:** 888-952-6772

HOURS OF OPERATION: MONDAY - FRIDAY 8AM TO 7PM & SATURDAY 10AM TO 3PM ET
PROVIDE INSURANCE INFO OR PAY BY CREDIT CARD AT WWW.TEAMHEALTH.COM/BILLING

| DATE / INVOICE # | DX / CPT CODE | DESCRIPTION | PROVIDER | CHARGES | PAYMENT CREDITS |
|---|---|---|---|---|---|
| 11/08/22 | 99284 | EMERGENCY DEPT VISIT - 99284 | | 1314.00 | |
| 323566288 | S80.02X | | WARD MD,JILL ANGELA | | |
| 12/12/22 | | EDI AUTOMATIC MANAGED CARE PAYMENT | | | 123.99 |
| 323566288 | | CONTRACTUAL ADJUSTMENT | | | 1190.01 |

**PHYSICIAN CHARGES ARE NOT INCLUDED IN THE FACILITY BILL.**

| ACCOUNT NAME: 62635352/37 | STATEMENT DATE: 02/06/23 (TF5 ) | TOTAL NOW DUE ➤ | 0.00 |
|---|---|---|---|

MBB RADIOLOGY
PO BOX 200053
DALLAS TX 75320
(904)399-5800

Patient:
  Acct #: 76893
  RANALDI,KELLY ANN
  2840 PARR CT E
  JACKSONVILLE,FL 32216

Responsible party:
  RANALDI, KELLY ANN
  2840 PARR CT E
  JACKSONVILLE, FL 32216

| Srvc. Date Modifier(s) | Procedure Description Diagnosis Code(s) | Location | Charge | Balance | Physician |
|---|---|---|---|---|---|

---

11/08/2022   73700 - Computed tomography, l   26 - MMC   $536.00   $0.00   SCHEIBAL, JACOB J
26 LT        S72.402A, S72.352A, S72.332A

Payment Information
  Insurance Payment (647 - CAREPLUS MCARE HMO): 11/30/2022 of $48.53   Adjustment: $487.21
  Insurance Payment (647 - CAREPLUS MCARE HMO): 11/30/2022 of $0.00   Adjustment: $0.99
  Insurance Payment (647 - CAREPLUS MCARE HMO): 11/30/2022 of $0.00   Adjustment: $0


11/08/2022   G9637 - Final reports with doc  26 - MMC   $0.00   $0.00   SCHEIBAL, JACOB J
             S82.102D, S72.402A, S72.352A,

Payment Information


11/08/2022   73560 - Radiologic examination  26 - MMC   $116.00   $0.00   RODRIGUEZ,
FRANCISCO
26 LT        S72.352A, M25.562, M85.862

Payment Information
  Insurance Payment (647 - CAREPLUS MCARE HMO): 12/19/2022 of $8.26   Adjustment: $107.69
  Insurance Payment (647 - CAREPLUS MCARE HMO): 12/19/2022 of $0.00   Adjustment: $0.17
  Insurance Payment (647 - CAREPLUS MCARE HMO): 12/19/2022 of $0.00   Adjustment: $0


11/08/2022   71045 - Radiologic examination  26 - MMC   $126.00   $0.00   MOON, BRIAN
26           R06.00

This report has been Reproduced from the Original
Reproduced Friday, February, 24, 2023 02:36:08 PM (thaladi.triveni)
Page 1 of 2

Payment Information
  Insurance Payment (647 - CAREPLUS MCARE HMO): 11/28/2022 of $8.95    Adjustment: $117.00
  Insurance Payment (647 - CAREPLUS MCARE HMO): 11/28/2022 of $0.00    Adjustment: $0.18
  Insurance Payment (647 - CAREPLUS MCARE HMO): 11/28/2022 of $0.00    Adjustment: $0

11/09/2022    73552 - Radiologic examination  26 - MMC    $134.00    $0.00    KOBRIN, CRAIG
26 LT        S72.353A, M25.40

Payment Information
  Insurance Payment (647 - CAREPLUS MCARE HMO): 11/28/2022 of $8.95    Adjustment: $125.00
  Insurance Payment (647 - CAREPLUS MCARE HMO): 11/28/2022 of $0.00    Adjustment: $0.18
  Insurance Payment (647 - CAREPLUS MCARE HMO): 11/28/2022 of $0.00    Adjustment: $0

11/11/2022    73551 - Radiologic examination  26 - MMC    $134.00    $0.00    WEST, JEFFREY
26 LT        S72.352A

Payment Information
  Insurance Payment (647 - CAREPLUS MCARE HMO): 12/02/2022 of $8.26    Adjustment: $125.69
  Insurance Payment (647 - CAREPLUS MCARE HMO): 12/02/2022 of $0.00    Adjustment: $0.17
  Insurance Payment (647 - CAREPLUS MCARE HMO): 12/02/2022 of $0.00    Adjustment: $0

11/12/2022    93970 - Duplex scan of extremi  26 - MMC    $607.00    $0.00    HOWZE, BRYAN
26        M79.89

Payment Information
  Insurance Payment (647 - CAREPLUS MCARE HMO): 12/02/2022 of $34.66    Adjustment: $572.15
  Insurance Payment (647 - CAREPLUS MCARE HMO): 12/02/2022 of $0.00    Adjustment: $0.71
  Insurance Payment (647 - CAREPLUS MCARE HMO): 12/02/2022 of $0.00    Adjustment: $0

11/12/2022    71045 - Radiologic examination  26 - MMC    $126.00    $0.00    LEE, MEGAN H
26        S29.9XXA

Payment Information
  Insurance Payment (647 - CAREPLUS MCARE HMO): 12/02/2022 of $8.90    Adjustment: $117.00
  Insurance Payment (647 - CAREPLUS MCARE HMO): 12/02/2022 of $0.00    Adjustment: $0.18
  Insurance Payment (647 - CAREPLUS MCARE HMO): 12/02/2022 of $0.00    Adjustment: $0

TOTAL BALANCE: $0.00
Print Date: 02/24/2023

Reproduced: Friday, February 24, 2023 02:36:08 PM

This report has been Reproduced from the Original
Reproduced Friday, February, 24, 2023 02:36:08 PM (thaladi.triveni)
Page 2 of 2

2/28/2023

# CORA Health Services, Inc.

**Clinic:** Tinseltown

**Patient:** Kelly Ranaldi
2840 Parr Court East
Jacksonville, FL 32216

**Patient ID:** SYS1206951

**Diagnosis:** S72492D:Oth fx lower end of l femur, subs for clos fx w routn heal (Other fracture of lower end of left femur, subsequent encounter for closed fracture with routine healing)

**Physical Therapy**

CORA Health Services, Inc.

P.O. Box 639672
CINCINNATI, OH 45263-9672
866-493-9410

Tax ID: 34-1853567

Primary Payer: Therapy Network of Florida

| DATES OF SERVICE | CLAIM # | VISITS | CHARGES | INS PAID | INS ADJ | COPAY | DEDUCTIBLE | PATIENT PAID | BALANCE |
|---|---|---|---|---|---|---|---|---|---|
| 01/23/2023 to 01/31/2023 | 29704042 | 2 | 493.00 | 0.00 | | | | 0.00 | 493.00 |
| 02/15/2023 | 29804968 | 1 | 155.00 | 0.00 | | | | 0.00 | 155.00 |
| 02/23/2023 | 29859456 | 1 | 162.00 | 0.00 | | | | 0.00 | 162.00 |
| | | 4 | 810.00 | 0.00 | | | | 0.00 | 810.00 |

**Case 16-2023-CA-006310-XXXX-MA**

| Department | Circuit Civil | Division | CV-G |
|---|---|---|---|
| Case Status | OPEN | File Date | 3/22/2023 11:42:18 AM |
| Judge Name | SHARRIT, MICHAEL | Officer | |

### Parties

| Name / DOB / DL / ID # | Party Type Race / Sex | Address |
|---|---|---|
| KELLY RANALDI | PLAINTIFF / | 10 WEST ADAMS STREET JACKSONVILLE, FL32202 |
| RACETRAC, INC. | DEFENDANT / | 801 US HIGHWAY 1 NORTH PALM BEACH, FL33408 |

### Attorneys

| Attorney | Address | For Parties |
|---|---|---|

### Fees

| Date | Description | Assessed | Paid | Balance |
|---|---|---|---|---|
| 03/28/2023 | SUMMONS($10/ea) 6/17/2017 | $10.00 | $10.00 | $0.00 |
| 03/28/2023 | CIR/GENERALCIVIL 7/1/2019 | $401.00 | $401.00 | $0.00 |

### Dockets

| Line / Document | Count | Effective Entered | Description | Pages | Image |
|---|---|---|---|---|---|
| 1 | -- | 3/22/2023 3/28/2023 | OTHER NEGLIGENCE-PREMISES LIABILITY-COMMERCIAL | | |
| 2 D2 | -- | 3/22/2023 3/28/2023 | COVER SHEET | 1 | **Available** VOR, Ready to view |
| 3 D3 | -- | 3/22/2023 3/28/2023 | COMPLAINT AND DEMAND FOR JURY TRIAL | 1 | **Available** VOR, Ready to view |
| 4 D4 | -- | 3/22/2023 3/28/2023 | SUMMONS ISSUED FOR RACETRAC, INC. | 1 | **Available** VOR, Ready to view |
| 5 D5 | -- | 3/28/2023 3/28/2023 | CASE FEES PAID: $411.00 ON RECEIPT NUMBER 4368020 | 1 | **Available** Public access |
| 6 D6 | -- | 3/28/2023 3/28/2023 | ORDER SETTING CASE MANAGEMENT PLAN FOR NON-COMPLEX CASES | 1 | **Available** VOR, Ready to view |
| 7 D7 | -- | 5/15/2023 5/15/2023 | AMENDED ORDER SETTING CASE MANAGEMENT PLAN FOR NON-COMPLEX CASES | 1 | **Available** VOR, Ready to view |
| 8 D8 | -- | 6/29/2023 6/29/2023 | SUMMONS RETURNED INDICATING SERVICE 06/23/2023 09:24AM CORPORATE, RACETRAC, INC | 1 | **Available** Public access |

| Line /<br>Document | Count | Effective<br>Entered | Description | Pages | Image |
|---|---|---|---|---|---|
| 9<br>D9 | -- | 7/11/2023<br>7/13/2023 | ANSWER AND AFFIRMATIVE DEFENSES (DEFENDANT'S) TO COMPLAINT AND DEMAND FOR JURY TRIAL | 1 | **Available**<br><br>VOR, Ready to view |

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT,
IN AND FOR DUVAL, CLAY, AND NASSAU COUNTIES FLORIDA

KELLY RANALDI                                  CASE NO.: 16-2023-CA-006310-XXXX-MA

Plaintiff(s)                                   DIVISION: CV-G (CIRCUIT COURT)

v.
RACETRAC, INC,
Defendant(s).
_____/

### ORDER SETTING CASE MANAGEMENT PLAN FOR NON-COMPLEX CASES

  This civil action comes before the Court upon Plaintiff filing a complaint. The Court now establishes a Case Management Plan as set forth below. If a case is declared complex, the parties shall follow the procedures in Florida Rule of Civil Procedure 1.201, rather than this Case Management Plan.

| DEADLINE OR EVENT | AGREED DATE |
|---|---|
| **Deadline for Service of Process** | 120 days |
| **Motions to Dismiss, Motion for More Definite Statement, Motions to Strike and any objections to the pleadings** | Within 60 days of filing the motion/objection or, if such motion/objection was previously filed, within 60 days of the date of the order approving this Case Management Plan, counsel must schedule with the Court's Judicial Assistant a hearing on the motion/objection. Failure to do so will result in the motion/objection being deemed abandoned and denied. Non-movant shall timely submit a proposed order if the motion/objection is deemed abandoned and denied. |
| **Notice for Trial** | Plaintiff must and any party may file a notice that the action is at issue and ready to be set for trial pursuant to Florida Rule of Civil Procedure 1.440 (b) and any party filing a notice for trial shall also submit to the Court a completed Trial Set Memorandum within ten (10) days from the date the case is at issue as defined by Rule 1.440(a). Each civil division's Trial Set Memorandum and any other procedures for setting trials are posted on the Fourth Judicial Circuit's website: jud4.org. |

It is **ORDERED**:

1. **COMPLIANCE WITH THIS CASE MANAGEMENT PLAN:** The parties shall strictly comply with the terms of this Case Management Plan, unless otherwise ordered by the Court. ***Failure to comply with all requirements of this order may result in the imposition of sanctions, including dismissal of the case.***

2. **ADDITIONAL FOURTH CIRCUIT AND DIVISION SPECIFIC GUIDELINES:** All counsel and unrepresented parties shall familiarize themselves and comply with the requirements of the Fourth Judicial Circuit's Administrative Order 2023-05, In Re: Civil Case Management and Resolution in Circuit Court of Non-Complex Cases (Attachment 1), and any division-specific guidelines that may apply.

3. **MODIFICATION OF THIS ORDER:** The parties may not, individually or by agreement, alter or extend the deadlines in this Order, or waive any of the provisions of this Order. The provisions of this Order may be modified only upon motion/stipulation ***and*** Court order, according to applicable law.

4. **NOTICE FOR TRIAL:** Plaintiff shall and any party may file a notice that the action is at issue and ready to be set for trial pursuant to Florida Rule of Civil Procedure 1.440(b) and submit to the Court a completed Trial Set Memorandum no later than ten (10) days after the date the case is at issue as defined by Florida Rule of Civil Procedure 1.440(a) to schedule the case for trial pursuant to the division's procedures.

5. **DISCOVERY:** All counsel and unrepresented parties shall familiarize themselves with the current edition of the Florida Handbook on Civil Discovery Practice and seek to resolve discovery issues without Court intervention whenever possible.

6. **SERVICE OF THIS ORDER:** Counsel for Plaintiff shall promptly serve and file proof with the Clerk, no more than five (5) business days from the date of this Order, that all unrepresented parties, subsequently named or appearing in this case, have been served copies of this Order. If a party is unrepresented and has not designated an email address for purposes of electronic service, counsel for Plaintiff shall be responsible for serving all future orders of the Court via non-electronic means (U.S. mail, Federal Express or the equivalent) and shall file a Certificate of Service with the Court indicating who was served, the date of service, and the method of service, including any address or email address used, within three (3) business days. If Plaintiff is unrepresented, Counsel for Defendant shall have this same obligation. If all parties are unrepresented, Plaintiff shall provide stamped addressed envelopes to the Court with submission of this and any other proposed Order.

**DONE** at Jacksonville, Duval County, Florida, on 28th of March, 2023.

**CIRCUIT JUDGE**

**If you are a person with a disability who needs any accommodation to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, at least seven (7) days before your scheduled court appearance or immediately upon receiving this notice if the time before the scheduled appearance is less than seven (7) days. If you are hearing or voice impaired, call 711.**
**ADA Coordinator: Debra Marchant, Human Resources Manager, Duval County Courthouse, 501 W. Adams Street, Jacksonville, FL 32202. (904) 255-1695.**

IN THE CIRCUIT COURT OF
THE FOURTH JUDICIAL CIRCUIT, IN
AND FOR DUVAL COUNTY FLORIDA

CASE NO.:

DIVISION: CV-G

Plaintiff(s)

v.

Defendant(s).
_____/

## AMENDED ORDER SETTING CASE MANAGEMENT PLAN
## FOR NON-COMPLEX CASES

This civil action comes before the Court upon Plaintiff filing a complaint. The Court now establishes a Case Management Plan as set forth below. If a case is declared complex, the parties shall follow the procedures in Florida Rule of Civil Procedure 1.201, rather than this Case Management Plan.

| DEADLINE OR EVENT | DATE |
|---|---|
| **Deadline for Service of Process** | 120 days |
| **Motions to Dismiss, Motion for More Definite Statement, Motions to Strike and any objections to the pleadings** | Within 60 days of filing the motion/objection or, if such motion/objection was previously filed, within 60 days of date of entry of this Order approving this Case Management Plan, counsel must schedule with the Court's Judicial Assistant a hearing on the motion/objection. Failure to do so will result in the motion/objection being deemed abandoned and denied. Non-movant shall timely submit a proposed order if the motion/objection is deemed abandoned and denied. |
| **Notice for Trial** | Plaintiff must and any party may file a notice that the action is at issue and ready to be set for trial pursuant to Florida Rule of Civil Procedure 1.440 (b) and any party filing a notice for trial shall also submit to the Court a completed Trial Set Memorandum within ten (10) days from the date the case is at issue as defined by Rule 1.440(a). Each civil division's Trial Set Memorandum and any other procedures for setting trials are posted on the Fourth Judicial Circuit's website: jud4.org. |

It is **ORDERED**:

1. **COMPLIANCE WITH THIS CASE MANAGEMENT PLAN:** The parties shall strictly comply with the terms of this Case Management Plan, unless otherwise ordered by the Court. ***Failure to comply with all requirements of this order may result in the imposition of sanctions, including dismissal of the case.***

2. **ADDITIONAL FOURTH CIRCUIT AND DIVISION SPECIFIC GUIDELINES:** All counsel and unrepresented parties shall familiarize themselves and comply with the requirements of the Fourth Judicial Circuit's Amended Administrative Order 2023-05, In Re: Civil Case Management and Resolution in Circuit Court of Non-Complex Cases (Attachment 1), and any division-specific guidelines that may apply.

3. **MODIFICATION OF THIS ORDER:** The parties may not, individually or by agreement, alter or extend the deadlines in this Order, or waive any of the provisions of this Order. The provisions of this Order may be modified only upon motion/stipulation ***and*** Court order, according to applicable law.

4. **NOTICE FOR TRIAL:** Plaintiff shall and any party may file a notice that the action is at issue and ready to be set for trial pursuant to Florida Rule of Civil Procedure 1.440(b) and submit to the Court a completed Trial Set Memorandum no later than ten (10) days after the date the case is at issue as defined by Florida Rule of Civil Procedure 1.440(a) to schedule the case for trial pursuant to the division's procedures.

5. **DISCOVERY:** All counsel and unrepresented parties shall familiarize themselves with the current edition of the Florida Handbook on Civil Discovery Practice and seek to resolve discovery issues without Court intervention whenever possible.

6. **SERVICE OF THIS ORDER:** When serving the Complaint on a party, Plaintiff must also serve a copy of this Order Setting Case Management Plan for Non-Complex Cases on that party. Plaintiff shall file a Certificate of Service of this Order within ten (10) days of service.

**DONE** at Jacksonville, Duval County, Florida, on Monday, April 24, 2023.

**CIRCUIT JUDGE, MICHAEL SHARRIT**

**If you are a person with a disability who needs any accommodation to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, at least seven (7) days before your scheduled court appearance or immediately upon receiving this notice if the time before the scheduled appearance is less than seven (7) days. If you are hearing or voice impaired, call 711.**

**ADA Coordinator: Debra Marchant, Human Resources Manager, Duval County Courthouse, 501 W. Adams Street, Jacksonville, FL 32202. (904) 255-1695.**

**IN THE CIRCUIT COURT, FOURTH JUDICIAL CIRCUIT,**
**IN AND FOR DUVAL, CLAY, AND NASSAU COUNTIES, FLORIDA**

**SECOND AMENDED ADMINISTRATIVE ORDER NO. 2023-05**

IN RE:      **CIVIL CASE MANAGEMENT AND RESOLUTION**
            **OF NON-COMPLEX CASES FILED IN CIRCUIT COURT**

**WHEREAS**, on April 13, 2021, the Supreme Court of Florida entered Administrative Order No. AOSC20-23, Amendment 12, *In re: Comprehensive COVID-19 Emergency Measures for Florida Trial Courts* to address the backlog of civil cases currently pending and anticipated to be filed in Florida Courts; and

**WHEREAS**, the Supreme Court of Florida has directed all chief judges of all judicial circuits to issue an administrative order that applies to each county within the judicial circuit and that requires the presiding judge for each civil case to actively manage civil cases; and

**WHEREAS**, the Fourth Judicial Circuit has issued multiple administrative orders addressing civil case management in the Circuit, including Second Amended Administrative Order No. 2021-09 for circuit court cases filed on or after April 30, 2021, and Administrative Order No. 2021-21 for circuit court cases filed before April 30, 2021; and

**WHEREAS**, Administrative Order No. AOSC20-23, Amendment 12, requires chief judges to "direct all judges within their circuits to strictly comply with Florida Rule of Judicial Administration 2.545(a), (b), and (e), which respectively require judges to conclude litigation as soon as it is reasonably and justly possible to do so, to take charge of all cases at an early stage and to control the progress of the case thereafter until it is determined, and to apply a firm continuance policy allowing continuances only for good cause shown";

**WHEREAS**, Administrative Order No. AOSC20-23, Amendment 12, further encourages all judges where consistent with public health and safety to "Implement scheduling practices that promote the conduct of as many jury trials as feasible and "[c]ommunicate to the local Bar that lawyers must strictly comply with Florida Rule of General Practice and Judicial Administration 2.545(a), which requires lawyers to conclude litigation as soon as it is reasonably and justly possible to do so, and that the pandemic alone is not a basis for a lawyer's failure to prepare a case for trial or otherwise actively manage a case"; and

**WHEREAS**, the Circuit's civil case management procedures for non-complex cases have been in place for a sufficient time to evaluate their effectiveness and to determine a more streamlined process is necessary; and

Doc # 2023089535, OR BK 20666 Page 1657,
Number Pages: 5
Recorded 05/03/2023 01:40 PM,
JODY PHILLIPS CLERK CIRCUIT COURT DUVAL
COUNTY
RECORDING $0.00

**WHEREAS**, this Second Amended Administrative Order is created to streamline the civil case management process for all non-complex civil cases in circuit court and supersedes Second Amended Administrative Order No. 2021-09 and Administrative Order No. 2021-21 when a case management plan has not previously been approved; and

**WHEREAS**, Paragraph 1 of the Amended Administrative Order No. 2023-05, is amended to remove the requirement relating to filing a complaint only in Clay County.

**NOW THEREFORE**, by the authority vested in me as the Chief Judge of the Fourth Judicial Circuit and pursuant to the Florida Rules of General Practice and Judicial Administration, it is

**ORDERED**:

1. When a complaint is filed in any civil case, the Clerk of Court's office shall issue an Amended Order Setting Case Management Plan for Non-Complex Cases. (Attachment 1).

2. The plaintiff shall serve the Amended Order Setting Case Management Plan for Non-Complex Cases on all defendants along with the summons and complaint.

3. To have a case declared complex, the parties shall follow the procedures in Florida Rule of Civil Procedure 1.201. *All civil cases shall be designated as non-complex unless one or more parties file a motion to have the case designated as a complex case, and the request is approved by order of the Court.*

4. The Amended Order Setting Case Management Plan for all Non-Complex Cases filed in all non-complex civil cases will specify the deadlines for service of original pleadings. The Order also requires the parties to address deadlines related to motions directed to any pleadings, including motions to dismiss, motions for more definite statement, motions to strike, and any objections to the pleadings.

5. The Amended Order Setting Case Management Plan will direct that the plaintiff must and any party may file a notice that the action is at issue, pursuant to Florida Rule of Civil Procedure 1.440(b), and ready to be set for trial.

6. The Amended Order Setting Case Management Plan for all Non-Complex Cases will further direct the plaintiff to submit to the Court a completed Trial Set Memorandum no later than ten (10) days after the date the case is at issue as defined by Florida Rule of Civil Procedure 1.440(a) to schedule the matter for trial according to the division's procedures.

7. Pursuant to Florida Rule of Civil Procedure 1.440(c), if the Judge finds the action is ready to set for trial, the Judge will schedule a trial date and enter an Amended Order Setting Case for Trial and Pretrial Conference.

8.  To avoid confusion and inefficiency in judicial administration, this Second Amended Administrative Order No. 2023-05 does not amend or otherwise change schedules already established in existing Case Management Orders or Trial Set Orders. Those cases will proceed as scheduled as to all deadlines and trial settings. All other civil cases filed after March 1, 2023, require compliance.

9.  For cases filed on or after March 1, 2023, pursuant to Administrative Order No. 2023-05, the deadlines as specified in amended Paragraph 6 of the Amended Order Setting Case Management Plan as articulated in this Amended Administrative Order No. 2023-05 are effective *nunc pro tunc* to March 1, 2023.

10. This Second Amended Administrative Order No. 2023-05 shall be recorded by the Clerks of Court, in the Official Records of Clay, Duval, and Nassau Counties in the State of Florida, shall take effect immediately, and shall remain in full force and effect until further order of this Court.

**DONE** in Chambers at Jacksonville, Duval County, Florida, this 3ᴿᴼ day of May 2023.

**MARK H. MAHON**
**CHIEF JUDGE**


Attachment 1: Order Setting Case Management Plan

cc:     All Judges in the Fourth Judicial Circuit
        All Magistrates in the Fourth Judicial Circuit
        The Honorable Steven Whittington, Administrative Judge, Clay County
        The Honorable James Daniel, Administrative Judge, Nassau County
        The Honorable Jody Phillips, Clerk of Court, Duval County
        The Honorable Tara S. Green, Clerk of Court, Clay County
        The Honorable John A. Crawford, Clerk of Court, Nassau County
        The Honorable Jason R. Teal, General Counsel, City of Jacksonville
        Eve Janocko, Fourth Judicial Circuit Trial Court Administrator
        Claude T. Colvin, Deputy Trial Court Administrator
        Mike Smith, Court Technology Officer
        Cecilia F. Birk, Court Counsel
        Judicial Staff Attorneys, Fourth Judicial Circuit
        Fourth Judicial Circuit Law Library, Duval County
        Raymond Reid, Jr., Esq., President, ABOTA Jacksonville Chapter
        Christopher Douglas, Senior Business Strategist, Clerk of Court, Duval County
        Laura Lentini, Assistant to Court Counsel
        Jacksonville Bar Association
        Clay County Bar Association
        Nassau County Bar Association

ATTACHMENT 1

IN THE CIRCUIT COURT OF
THE FOURTH JUDICIAL CIRCUIT, IN
AND FOR DUVAL COUNTY FLORIDA

CASE NO.:

Plaintiff(s)

DIVISION:

v.

Defendant(s).

_____ /

## AMENDED ORDER SETTING CASE MANAGEMENT PLAN
## FOR NON-COMPLEX CASES

     This civil action comes before the Court upon Plaintiff filing a complaint. The Court now establishes a Case Management Plan as set forth below. If a case is declared complex, the parties shall follow the procedures in Florida Rule of Civil Procedure 1.201, rather than this Case Management Plan.

| DEADLINE OR EVENT | DATE |
|---|---|
| **Deadline for Service of Process** | 120 days |
| **Motions to Dismiss, Motion for More Definite Statement, Motions to Strike and any objections to the pleadings** | Within 60 days of filing the motion/objection or, if such motion/objection was previously filed, within 60 days of date of entry of this Order approving this Case Management Plan, counsel must schedule with the Court's Judicial Assistant a hearing on the motion/objection. Failure to do so will result in the motion/objection being deemed abandoned and denied. Non-movant shall timely submit a proposed order if the motion/objection is deemed abandoned and denied. |
| **Notice for Trial** | Plaintiff must and any party may file a notice that the action is at issue and ready to be set for trial pursuant to Florida Rule of Civil Procedure 1.440 (b) and any party filing a notice for trial shall also submit to the Court a completed Trial Set Memorandum within ten (10) days from the date the case is at issue as defined by Rule 1.440(a). Each civil division's Trial Set Memorandum and any other procedures for setting trials are posted on the Fourth Judicial Circuit's website: jud4.org. |

It is **ORDERED**:

1. **COMPLIANCE WITH THIS CASE MANAGEMENT PLAN:** The parties shall strictly comply with the terms of this Case Management Plan, unless otherwise ordered by the Court. ***Failure to comply with all requirements of this order may result in the imposition of sanctions, including dismissal of the case.***

2. **ADDITIONAL FOURTH CIRCUIT AND DIVISION SPECIFIC GUIDELINES:** All counsel and unrepresented parties shall familiarize themselves and comply with the requirements of the Fourth Judicial Circuit's Amended Administrative Order 2023-05, In Re: Civil Case Management and Resolution in Circuit Court of Non-Complex Cases (Attachment 1), and any division-specific guidelines that may apply.

3. **MODIFICATION OF THIS ORDER:** The parties may not, individually or by agreement, alter or extend the deadlines in this Order, or waive any of the provisions of this Order. The provisions of this Order may be modified only upon motion/stipulation *and* Court order, according to applicable law.

4. **NOTICE FOR TRIAL:** Plaintiff shall and any party may file a notice that the action is at issue and ready to be set for trial pursuant to Florida Rule of Civil Procedure 1.440(b) and submit to the Court a completed Trial Set Memorandum no later than ten (10) days after the date the case is at issue as defined by Florida Rule of Civil Procedure 1.440(a) to schedule the case for trial pursuant to the division's procedures.

5. **DISCOVERY:** All counsel and unrepresented parties shall familiarize themselves with the current edition of the Florida Handbook on Civil Discovery Practice and seek to resolve discovery issues without Court intervention whenever possible.

6. **SERVICE OF THIS ORDER:** When serving the Complaint on a party, Plaintiff must also serve a copy of this Order Setting Case Management Plan for Non-Complex Cases on that party. Plaintiff shall file a Certificate of Service of this Order within ten (10) days of service.

**DONE** at Jacksonville, Duval County, Florida, on _____, 20__.

_____
**CIRCUIT JUDGE**

**If you are a person with a disability who needs any accommodation to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, at least seven (7) days before your scheduled court appearance or immediately upon receiving this notice if the time before the scheduled appearance is less than seven (7) days. If you are hearing or voice impaired, call 711.**

**ADA Coordinator: Debra Marchant, Human Resources Manager, Duval County Courthouse, 501 W. Adams Street, Jacksonville, FL 32202. (904) 255-1695.**

**IN THE CIRCUIT COURT OF THE**
**FOURTH JUDICIAL CIRCUIT, IN**
**AND FOR DUVAL COUNTY, FLORIDA**

**CASE NO:**

**KELLY RANALDI**
      **Plaintiff,**

**Vs.**

**RACETRAC, INC.,**
**A Foreign Limited Partnership,**

      **Defendant.**

_____/

**SUMMONS:**

**THE STATE OF FLORIDA:**

To All and Singular the Sheriffs of said State:

**YOU ARE HEREBY COMMANDED** to serve this Summons in this action on Defendant:

**RACETRAC, INC.,**
**CORPORATE CREATIONS NETWORK, INC., Registered Agent**
**801 US HIGHWAY 1**
**NORTH PALM BEACH, FL 33408**

    **WITNESS** my hand and the seal of this Court on _____03/28/2023_____.

Jody Phillips

**(SEAL)**      **CLERK OF THE CIRCUIT COURT**

By: _____

As Deputy Clerk

**Persons with disabilities requesting reasonable accommodations to participate in this**
**preceding should contact (352) 374-3639 (voice & TDD) or via Florida Relay Service at**
**(800) 955-8771.**

## **IMPORTANT**

A lawsuit has been filed against you. You have twenty (20) calendar days after this Summons is served on you to file a written response to the attached Complaint with the Clerk of this Circuit Court, located at: 501 West Adams Street, Jacksonville, FL 32202. A telephone call will not protect you; your written response, including the above case number given above and the names of the parties, must be filed if you want the Court to hear your case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book.)

If you choose to file a written response yourself, at the same time you file your written response to the Court, you must also mail or take a carbon copy or photocopy of your written response to the "Plaintiff's Attorney" named below.

**FARAH & FARAH, P.A.**
10 W. Adamas St.
Jacksonville, FL 32202
PH/FAX: 904-730-1798

## **IMPORTANT**

Usted ha sido demandado legalmente. Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Localizado en: 501 West Adams Street, Jacksonville, FL 32202 Una llamada telefonica no lo protegera; si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas en dicho caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales, si lo desea, puede usted consultar a un abogado immediataments. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparencen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denomminada abajo como "Plaintiff's Attorney". (Demandate o Abogado del Demandante).

**FARAH & FARAH, P.A.**
10 W. Adamas St.
Jacksonville, FL 32202
PH/FAX: 904-730-1798
## **IMPORTANT**

Des poursuites juriciaries ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une response ecrite a la plainte ci-

jointe aupres de ce tribunal. Qui se trouve a: 501 West Adams Street, Jacksonville, FL 32202. Un simple coup de telephone est insuffisant pour vous proteger; vous etes oblige do deposer votre response ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le Tribunal entende votre cause. Si vous ne deposez pas votre response ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du Tribunal. Il y a d'autres obligtions juridiques et vous pouvez requeir les services immediate d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de renference d'avocats ou a un bureau d'assistance juridique (figuarant a l'annuaire de telephones).

Si vous choisissez de eposer vous-meme une response recrite il vous faudra egalement, en meme temps que cette formalite, faire parenvir ou expendier une copie au carbone ou one photocopies de votre response ecrite au "Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

**FARAH & FARAH, P.A.**
10 W. Adamas St.
Jacksonville, FL 32202
PH/FAX: 904-730-1798

## RETURN OF SERVICE

| State of Florida | County of Duval | Circuit Court |
|---|---|---|

Case Number: 16-2023-CA-006310-XXXX-MA

Plaintiff:
**KELLY RANALDI**

vs.

Defendant:
**RACETRAC, INC., A Foreign Limited Partnership**



LIN2023027086

For:
Savannah L. Cooley
Farah & Farah, P.A.
10 West Adams Street
Jacksonville, FL 32202

Received by Conran Investigations & Special Process Server on the 20th day of June, 2023 at 10:29 am to be served on **Racetrac, Inc. c/o Corporate Creations Network, Inc., 801 US Highway 1, North Palm Beach, FL 33408**

I, Linda Rudnet, do hereby affirm that on the **23rd day of June, 2023** at **9:24 am, I:**

**CORPORATE** served by delivering a true copy of the **20-Day Summons, Complaint and Demand for Jury Trial, and Amended Order Setting Case Management Plan for Non-Complex Cases** with the date and hour of service endorsed thereon by me, to: **Krystle Parker** as **Employee at R/A Office** for **Racetrac, Inc.**, at the address of: **801 US Highway 1, North Palm Beach, FL 33408**, and informed said person of the contents therein, in compliance with F.S. 48.081

I certify that I am over the age of 18 and have no interest in the above action. I am not a party to the cause nor concerned in the event thereof. Under the penalty of perjury, I declare that I have read the foregoing proof of service, and I attest that the facts stated in it are true.

**Linda Rudnet**
3084

**Conran Investigations & Special Process Server
1616 Jork Road
Suite 101
Jacksonville, FL 32207
(904) 396-6500**

Our Job Serial Number: LIN-2023027086
Ref: 221102135

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2r

Filing # 169355106 E-Filed 03/22/2023 11:42:18 AM

27086

**IN THE CIRCUIT COURT OF THE
FOURTH JUDICIAL CIRCUIT, IN
AND FOR DUVAL COUNTY, FLORIDA**

**CASE NO:**

**KELLY RANALDI**
        **Plaintiff,**

**Vs.**

**RACETRAC, INC.,**
**A Foreign Limited Partnership,**

        **Defendant.**

_____/

**SUMMONS:**

**THE STATE OF FLORIDA:**

To All and Singular the Sheriffs of said State:

**YOU ARE HEREBY COMMANDED** to serve this Summons in this action on Defendant:

**RACETRAC, INC.,**
**CORPORATE CREATIONS NETWORK, INC., Registered Agent**
**801 US HIGHWAY 1**
**NORTH PALM BEACH, FL 33408**

**WITNESS** my hand and the seal of this Court on ___03/28/2023___.

**(SEAL)**                                        Jody Phillips

                        **CLERK OF THE CIRCUIT COURT**

                        By: _____
                        As Deputy Clerk

**Persons with disabilities requesting reasonable accommodations to participate in this
preceding should contact (352) 374-3639 (voice & TDD) or via Florida Relay Service at
(800) 955-8771.**

ACCEPTED: DUVAL COUNTY, JODY PHILLIPS, CLERK, 03/28/2023 09:00:58 AM