# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

KELLY RANALDI,

    Plaintiff,

vs.                                                Case No. 3:23-cv-844-MMH-LLL

RACETRAC, INC.,

    Defendant.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Joint Stipulation of Voluntary Dismissal With Prejudice (Dkt. No. 20; Stipulation) filed on July 16, 2024. In the Stipulation, the parties request dismissal of this matter with prejudice. See Stipulation at 1. Accordingly, it is hereby

**ORDERED:**

1.    This case is **DISMISSED with prejudice**.

    2.    The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 17th day of July, 2024.

/s/ Marcia Morales Howard
**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record